Filed: 12/14/2021 12:32 PM
Lynne Finley
District Clerk
Collin County, Texas
By Suzanne Rogers Deputy
Envelope ID: 60006125

471-06872-2021

CAUSE NO. _____

| | | |
|---|---|---|
| PING AN FUND I, L.P. | § | IN THE DISCTRICT COURT |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | OF COLLIN COUNTY, TEXAS |
| | § | |
| WELLS FARGO CLEARING | § | |
| SERVICES, LLC A/K/A WELLS | § | |
| FARGO ADVISORS, FRANK SMITH, | § | |
| INDIVIDUALLY AND AS AGENT | § | |
| FOR PING AN FINANCIAL | § | |
| SERVICES, PTE, LLC AND PING AN | § | |
| FINANCIAL SERVICES PTE, LLC | § | |
| | § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

---

## PLAINTIFF'S ORIGINAL PETITION, EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER, REQUEST FOR TEMPORARY INJUNCTION, REQUEST FOR PERMENANT INJUNCTION & REQUEST FOR DISCLOSURE

---

Plaintiff, Ping An Fund I, L.P., files this original petition, emergency application for temporary restraining order, request for temporary injunction, request for permanent injunction and request for disclosure, and alleges as follows:

### DISCOVERY-CONTROL PLAN

Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because he seeks injunctive relief.

**CLAIM FOR RELIEF**

Plaintiff seeks monetary relief over $1,000,000 as well as injunctive relief.

**PARTIES**

Plaintiff is a limited partnership formed under the laws of Wyoming. Plaintiff may be served through its attorney of record at his offices at 15800 Dooley Rd., Suite 200, Addison, TX 75001.

Wells Fargo Clearing Services, LLC a/k/a Wells Fargo Advisors (collectively "Wells Fargo") are licensed investment advisors with an office at 2400 Dallas Pkwy #100, Plano, TX 75093.[1] Wells Fargo may be served by serving its registered agent, CSC located at 211 E. 7th Street, Suite 620, Austin, TX 78701-3218, or by serving the branch manager at its Plano location.

Frank Smith ("Smith") is an individual residing in Florida. He may be served with process at his offices located at 900 Stirling Road, Suite 226, Cooper City, Florida 33024.

Ping An Financial Services Pte, LLC ("PAFS") is a Florida limited liability company. It may be served by serving Jayson Lopez ("Lopez") its managing member at its offices located at 100 E. Pine Street, Suite 110, Orlando, FL 32801.

**JURISDICTION AND VENUE**

Both jurisdiction and venue are mandatory and proper in Collin County, because a majority of the events related to this matter occurred in Collin County, Texas and the three (3) financial accounts at dispute are controlled by Wells Fargo located in Collin County, Texas (the

---

[1] Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC.

"Accounts").

## FACTS

Ping An Fund I, L.P. (the "Fund") is a limited partnership that was previously managed by its prior general partner, Exempt Asset Management, LLC ("Exempt"). The fund was organized to receive cash or equity investments in exchange for limited partnership interest in the fund as set forth in the Partnership Subscription Agreement and subsequently to deploy such investments in various types of financial trades to increase the limited partner's value in the Fund. The Fund consist of numerous equity investments in one or more entities as well as Accounts maintained at Wells Fargo's offices in Plano, Texas that contain approximately $2,000,000 in cash and cash equivalent equities after offsetting the borrowings of the Fund.

The three accounts making up the Accounts referenced herein are titled Ping An Financial Services Pte, LLC, Jayson Lopez, and the respective account numbers are: 8733-3247, 7955-1640, and 8376-7513. The total cash deposited into the accounts between December 2020 and May 2021 is Eleven million Six Hundred Thousand Dollars ($11,600,000). The current net cash value of the accounts otherwise available to the Fund is approximately Two Million dollars ($2,000,000).[2] The cash deposited in the Accounts was solicited and raised by Lopez from his personal business contacts.

Exempt is owned by Lopez and his brother. Exempt is listed with the state of Wyoming as the previous general partner of the Fund. The Fund subsequently replaced Exempt with a new general partner, James France ("France"). France became the general partner by unanimous vote

---

[2] There is an investment account and two (2) collateral accounts where Lopez borrowed against the initial investments by Fund limited partners in order for the Fund to purchase other investments.

of the limited partners in the Fund pursuant to operating agreement of the Fund. France is now managing all affairs of the Fund.

In addition, Jayson Lopez is the organizer of Ping An Financial Services Pte, LLC a Florida limited liability company ("PAFS"). Lopez' ownership and control of PAFS is tangentially in dispute in a lawsuit in Wyoming. (Ping An Financial Services PTE, LLC, First Judicial District Court, Civil Action Case No. 195-269 wherein Smith allegedly acting on behalf of PAFS as its agent has sued the Fund in a collateral attack to have a receiver appointed in a veiled attempt to gain control of all assets of the Fund). In that lawsuit, PAFS admitted in their filings they are not the general partner of the Fund, but claim they are a limited partner in order to have standing to request a receiver. They are not a limited partner of the Fund as they have paid any consideration for a partnership interest nor have they filled out a Fund subscription agreement. It is basically a frivolous lawsuit with criminal intent to defraud the Fund.

Continuing, Lopez initially organized the formation of the Fund and PAFS with the expectation that a third-party, Ping An Financial Services Pte Ltd, a Singapore entity ("Ping An"), would be making a financial investment in both the Fund and PAFS. This investment never materialized. Regardless, Lopez labored under the belief this was going to occur.

In order to properly operate the Fund, Lopez approached Wells Fargo, specifically Wells Fargo's registered investment advisor Sean Lewis ("Lewis"), to open the Accounts for the Fund. Lopez mistakenly used PAFS on the name of the Accounts as the general partner.[3]

---

[3] This was a misnomer on Lopez' part as he nor Wells understood the proper name for the account. In short, it was unintentional.

The funds in the Accounts came from investors in the Fund with whom Lopez had personal relationships. The Accounts at Wells Fargo should have been titled in the name of the Fund showing Exempt as the general partner with Lopez as the manager of the general partner.[4] Lopez and Lewis simply made a mistake when titling the Accounts.[5]

Nevertheless, the Accounts at Wells Fargo were opened on January 20, 2020 in the name of PAFS and Lopez was the only signatory on the accounts.[6] The accounts were funded by investors in the Fund on or about January 21, 2020 who purchased limited partner interest by filling out subscription agreements in exchange for their investments. Subsequently, Lopez solely operated the Accounts for approximately 7 months and disbursed approximately $9,500,000 into multiple investments. At all times, Lopez was singularly in control of the Accounts.

On or about June 4, 2021, Lopez got indicted by a federal grand jury in Houston for securities fraud, to which he has pleaded not guilty. At this time Ping An had its attorney, Smith, approach Lopez to help Lopez "manage" the Fund, provide oversight and to supposedly assist Lopez in not violating his pre-trial release wherein he could not recommend or provide financial management services or investment advice. Lopez who was still believing that Ping An was going to be investing in the Fund and in PAFS agreed and acquiesced to allow Smith to "assist" in oversight of the Fund and PAFS during this difficult period.

---

[4] The Accounts should have been titled "Ping An Fund I, L.P., Exempt Management Services, LLC, its general Partner, Jayson Lopez, Managing Member.

[5] This misnomer will be corrected once the Accounts are unfrozen as Plaintiff expects to continue its business relations with Wells Fargo, specifically with Sean Lewis.

[6] Both Wells Fargo and Lopez believed the Accounts were properly titled at the time they were opened.

Unbeknownst to Lopez, Smith was not interested in assisting in any matter, instead he really intended to assist his client Ping An in stealing assets from the Fund.[7]

First Smith befriended Lopez to gain his trust then as most conmen do, he then attempted to gain control of all assets. Smith's first act was to remove Lopez as manager of PAFS and insert himself into the LLC as an agent not as a temporary manager without advising Lopez or the Fund's legal counsel. Smith did this by unilaterally filing documents with the State of Florida indicating he was PAFS' agent and had the power to remove Lopez as the manager.[8] Smith did this without telling Lopez, all the while pretending that his overseers at Ping An had paid some sort of consideration for ownership interest in the Fund and in PAFS. They had done neither. In short, Smith an experienced attorney counseled Lopez legally and then unethically and criminally began an attempt to defraud the Fund.

Smith then requested Lopez put him on the accounts at Wells Fargo as an "interested party" allegedly so that if something happened to Lopez, then the Fund would have someone to manage the Accounts or at least know what was going on with the Fund's assets. Lopez initially agreed to add Smith to the Accounts still believing that Smith was acting in his and the Fund's best interest.

Lopez then contacted Wells Fargo and requested necessary documents to add Smith as an interested person. Wells Fargo sent Lopez accounts applications like Lopez previously filled out when he opened the Accounts exactly like Exhibit 1.[9] Exhibit 1 is a true and correct copy of the

---

[7] Smith admitted that his client Ping An wanted to take control of the Fund to use assets invested into the fund to offset alleged damages Ping An had against one of the Fund investors. Smith was warned by counsel for the Fund this was not a proper manner for Ping An to pursue damages and that it possibly constituted criminal activity.

[8] Corporate filings in Florida with the Florida Secretary of State are maintained on a system called "Sun Biz".

[9] For brevity, Plaintiff only attaches the execution pages not the disclaimer otherwise this document is over 120

application documents for the Accounts. The documents related to Smith were transmitted to Lopez by Pauline Cowden ("Cowden") at the local Wells Fargo office. When Lopez presented these documents to Smith, Smith refused to sign the documents stating he did not wish to be "liable" for other people's assets. Lopez then told Cowden at Wells Fargo that Smith would not sign the 120-page application and was there another way to add Smith only as an "interested party." Cowden then sent Lopez a second set of documents. See Exhibit 2.[10] After reviewing these documents, Lopez never executed those documents allowing Smith to have any access to the Accounts. Lopez informed Pauline Cowden in writing of this and Lewis who managed the Accounts verbally.

Unbeknownst to Lopez or Wells Fargo's licensed registered financial advisor, Lewis, who managed the Accounts for Lopez, Smith went behind Lewis' and Lopez' backs after Lopez indicated he would agree to allow Smith to be added as a "interested person." Smith directly contacted someone at Wells Fargo legal team, not the local branch office, and demanded that Lopez be removed as the signatory on the account and that Smith replace him. Smith provided Sun Biz documents to Wells Fargo legal team showing that Lopez was no longer PAFS' manager.[11] Wells Fargo's legal team acquiesced to this demand without any input from Lopez or the senior account manager Lewis. In fact, Lewis was on vacation while this occurred. Smith essentially bullied a national bank into illegally and with no supporting documents or the approval of the sole signatory or his registered financial advisor of disenfranchising a client with approximately

---

pages in length.

[11] Smith had unilaterally removed Lopez as a manager of PAFS and made the only other putative member of the LLC the manager. This individual is from Ireland and is apparently wanted in the United States on criminal charges. Smith also added himself as an agent of PAFS.

$11,600,000 in its Accounts. On information and belief, Wells Fargo has no application by Smith that supports his contentions that Smith has any authority or beneficial interest over the Accounts other than documents provide by Smith from the State of Florida's Sun Biz related to PAFS.[12] Wells Fargo subsequently froze the account after Lewis returned from vacation. Of note, an email from Wells Fargo to Lopez states that they are removing Lopez as a signatory on the Accounts because Smith provide Sun Biz documents to the legal department. See Exhibit 3 which is a true and correct copy of this email between Wells Fargo and Lopez. In other words, with no input from Lopez or Lewis, Wells Fargo's legal department unilaterally and with no other documents or communications, much less following their own internal protocol for account management, decided to take Lopez off the Accounts and disenfranchise the investors in the Fund. It will be undisputed the investors in the Fund provide the cash assets in the Accounts.

When Lopez found out about being removed as the signatory, he immediately demanded that he be reinstated. France and counsel for the Fund also subsequently demanded that Lopez be reinstated as signatory on the account. Wells Fargo formally refused to reinstate Lopez or to turn the Accounts over to the new Fund general partner without a court order. See Exhibit 4 which is a true and correct copy of this email. In short, Wells Fargo failed to correct its intentional grossly negligent mistake allowing Smith to essentially convert the Accounts to use by someone other than its beneficial owners or rightful managers, to wit: France.[13] Wells Fargo's employee Lewis strongly argued with Wells Fargo's legal department that Lopez be put back on the Accounts as the sole signatory and that the Accounts be unfrozen. Wells Fargo's legal department declined to

---

[12] Lopez has now changed the Sun Biz documents to reflect he is the sole manager member. These documents have been provided to Wells Fargo to no avail.
[13] Lopez will turn the Accounts over to France with proper documentation once he is reinstated as the sole signatory on the Accounts.

follow Lewis' instruction. In short, Wells Fargo has significant banker's liability in this matter if this is not immediately resolved. When counsel for the Fund contacted Wells Fargo's local counsel their intent it to just interplead the Accounts to the registry of the Court. In short, abdicate their legal obligations to correct the accounts in the mistaken believe they are innocent in this matter. They are not. They are complicit. Wells Fargo has a long history of defrauding customer that is well established in the public domain for failure to follow reasonable banking practices. Wells Fargo clearly precipitated this entire matter by their own unilateral actions.

Of note, on information and belief, Ping An is involved in multiple cases of international criminal activities such as this where they attempt to hide behind multiple companies wherein ownership is shadowy and obtuse. Ping An, a Chines company is currently being investigated by the Federal Bureau of Investigations ("FBI") for this and other shady business transactions. It is reported in the international news that the Chinese government is also investigating Ping An for criminal activities in mainland China.

See the Affidavit of Jayson Lopez attached hereto as Exhibit 6.

See the Affidavit of James France attached hereto as Exhibit 7.

This matter is now submitted to this honorable Court for appropriate equitable relief.

### COUNT 1 – DECLARATORY JUDGMENT

The Accounts are subject to a contract. As such, the terms of the contract, to wit, the underlying account agreements which relate to control of all assets contained in the Accounts, owned by the Fund, are subject to interpretation by a court of competent jurisdiction. In this case, Plaintiff requests the trier of fact determine the Accounts should be turned over to the original

signatory who can then comply with the Fund's requests as managed by the Fund's general partner and not by an agent of an LLC whose ownership and control are in dispute, much less an agent of a foreign bad actor who is not doing business in the United States. Lopez being the legal sole signatory was clearly the last peaceable act in the tragedy of attempted theft. Simply put, the Court needs to rule the evidence in this case will in all reasonable probability establish the ownership of the assets in the Accounts, much less the Accounts themselves are the property of the Fund. Wells Fargo is well aware of this having been provided all necessary legal documents to substantiate this including copies of the now corrected Florida Secretary of State filings. See Exhibit 5. It is anticipated Frank Smith will not testify in this matter, as such neither Wells Fargo nor Smith will have any personal knowledge related to ownership or control of the Accounts.

### APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff's application for a temporary restraining order is authorized by Tex. Civ. Prac. & Rem. Code §65.011(1)}. Specifically, Plaintiff seeks to maintain the status quo until this suit is resolved by judgment. The bank inappropriately removed Lopez and without good cause much less through exhibition of reasonable behavior froze the Accounts which imperils innocent investors. It is absolutely unreasonable for a bank to rely on the statements of a third-party agent to remove a signatory with the signatory's knowledge much less consent. In this instance, Plaintiff's predecessor in interest, Jayson Lopez, was in possession of the assets in the Accounts for the use of the beneficial owners (limited partners of the Funds) and he was the sole signatory on the Accounts. The last peaceable act was when Lopez agreed to allow Smith to be added to the Accounts as an interested party only. Smith and Well Fargo's actions of fraudulently and potentially criminally removing Lopez as the signatory were clearly not peaceable as it

immediately disenfranchises the limited partners of the Fund. Lopez did not agree to be removed from the Accounts and Wells Fargo's own advisor did not agree to his removal much less know about it. It is heinous that Wells Fargo is affecting the rights of investors based upon its own actions that do not follow their own guidelines based upon fraudulent actions of a third-party attorney who represents international criminals.[14]

It is probable that Plaintiff will recover from Smith and Wells Fargo after a trial on the merits because of the allegations contained herein.

If Plaintiff's application is not granted, harm is imminent because the Fund does not have any liquidity to manage its business interest and is relying upon funding from its limited partners.

The harm that will result if the temporary restraining order is not issued is irreparable because Plaintiff continues to lose out on investment opportunities and does not have the ability to manage the affairs of the Accounts.

Plaintiff does not have to prove it has no adequate remedy at law because this suit relates to personal property, nevertheless, damages are incalculable by ordinary pecuniary means.

Plaintiff is willing to post bond. Plaintiff requests the bond be a minimal amount. The Accounts are reasonably valued at over $11,600,000.00; however, Smith, PAFS nor Wells Forgo can demonstrate they have any investment in the Accounts or any beneficial ownership. Smith and

---

[14] After the Fund served Ping An in Singapore, a senior employee of Ping An stated they were not going to defend the counter-claim in Wyoming and wanted nothing to do with Frank Smith's naked attempt to appoint a receiver. In reality, Smith has stated is acting on behalf of a Russian national named Nikolay Vissokovski who is wanted for criminal activity in the United States including, but not limited to, threatening the life of a US Congressman. This individual is believed to be located in Moscow, Russia. He has previously stated to Lopez that he has a financial ownership arrangement with Ping An.

FAFS damages are limited to the amount of any investment in the Fund, which is zero, and Wells Fargo's are limited to attorney fees. Plaintiff requests bond be set at $1,000.00.

## EXPARTE RELIEF

There is not enough time to serve notice on all defendants and to hold a hearing on this application.  Wells Fargo has indicated their local counsel will be at the hearing on the TRO, Smith who claims to be an agent of PAFS may or may not be found to notify before the hearing.

### REQUEST FOR TEMPORARY INJUNCTION

Plaintiff asks the Court to set his emergency application for temporary restrain for a hearing and, after the hearing, issue a temporary injunction against defendant.

Plaintiff has joined all indispensable parties under Texas Rule of Civil Procedure 39.

### CONDITIONS PRECEDENT

All conditions precedent to plaintiff's claim for relief have been performed or have occurred.

### REQUEST FOR DISCLOSURE

Under Texas Rule of Civil Procedure 194, plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### OBJECTION TO ASSOCIATE JUDGE

Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

### PRAYER

For these reasons, Plaintiff asks that Defendants be cited to appear and answer and, on final trial, that Plaintiff be awarded a judgment against Defendants for the following:

a. Emergency temporary restraining order;

b. Temporary injunction;

c. Actual damages, including but not limited to, attorney's fees;

e. Prejudgment and postjudgment interest;

f. Court costs; and

g. All other relief to which plaintiff is entitled.

Respectfully submitted,

_Donal R Schmidt_

Donal R. Schmidt, Jr.
State Bar #00798486

The Law Firm of Donal R. Schmidt, Jr. PLLC
15800 Dooley Rd., Ste. 200
Addison, Texas 75001
214-236-1363
888-274-9120 facsimile
don@donalrschmidtlaw.com

and

/s/ David R. Clouston
David R. Clouston, State Bar No. 00787253
Leslye E. Moseley, State Bar No. 24044557

**Sessions Israel & Shartle, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055
dclouston@sessions.legal
lmoseley@sessions.legal

Attorneys for Plaintiff



LEWIS/WILLIAMSON/RINALDI

2400 DALLAS PKWY
SUITE 100
PLANO, TX 75093

06/08/2020

PING AN FINANCIAL SERVICES
PTE LLC
100 EAST PINE STREET
STE 110
ORLANDO FL 32801-2713

Dear Jayson,

Thank you for opening an account with Wells Fargo Advisors. As one of the nation's oldest and most revered financial services firms, we have the experience, resources and breadth of services to help you invest wisely and make the most of your hard-earned money. We welcome you as a client.

**To get started**

We have enclosed your account agreements for your review and approval. Please review the documents carefully. Once you've done so, take the following simple steps to complete your account opening:

- Refer to the details outlined on the *Instructions* page and sign and date each page on which a signature is requested.
- Return the signed pages to us.

Copies of your account agreements are also enclosed and should be kept for your records. Some additional disclosures will be mailed to you in the near future.

**We're here to help**

If you have questions, please contact us. You can reach us during business hours at (972) 473-5900   or by email.

Email: sean.a.lewis@wellsfargoadvisors.com
        todd.williamson@wellsfargoadvisors.com
        joseph.m.rinaldi@wellsfargoadvisors.com

We look forward to serving your financial and investment needs in the months and years to come.

Sincerely,

Angela Lucciano
Client Associate
Wells Fargo Advisors

Enclosures

**We help clients succeed financially**

- One of the largest full-service investment firms in the country

- Access to banking and specialized financial services through Wells Fargo Advisors affiliates

- Customized strategies to fit your needs and circumstances

- A full selection of investments and managed portfolios

This page is intentionally left blank.

**INSTRUCTIONS**

**Please have all parties who are listed on the account:**

1. Review the package in its entirety, including **Section 1B "Client Agreement"**.
2. Sign and date all documents listed below in **Section 1A "Documents Requiring Signature"**.
3. Return all pages listed below in **Section 1A "Documents Requiring Signature"** as well as any required **"Client-Provided Documents"**.

**Please return the required documents promptly. Accounts without approved documentation are subject to tax withholding and potential restriction from activity.**

## Section 1

### A. Documents Requiring Signature

**Documents listed must be signed, dated and returned to us.**

705 - Signature Page, Substitute W9, NAO/MAO Return Copy - PCG, IPCS

085 - Limited Liability Company Authorization

135 - Beneficial Owners Certification, WFA                    *Signature and confirmation of each DOB and SSN/ITIN required.*

### B. Client Agreement

040 - Client Agreement, WFA                    *Please also review the Client Agreement, and sign and return the signature page*

### C.  Client-Provided Documents

**Documents listed below are also required to be returned to us.**

## Section 2

### A.  Account Documents for your permanent records

020 - Account Application

050 - Associated Person Information *

131 - Trusted Contact Authorization, WFA

280 - Confirmation of Account Services

705 - Signature Page, Substitute W9, NAO/MAO Client Copy - PCG, IPCS

085 - Limited Liability Company Authorization

135 - Beneficial Owners Certification, WFA

## Section 2 (continued)

### Joint Owner/Associate Person Form(s)

\* Total Number of Associate Person Form(s) - 1

### B. Disclosure Documents for your permanent records

700 - Regulation Best Interest Disclosure

575 - Brokerage Cash Services Disclosure

565 - Privacy Statement

571 - Account Disclosures

572 - Schedule of Fees

800 - Important Information to Consider When Your Broker Changes Firms

805 - FINRA 2273 Educational Communication

# DOCUMENTS REQUIRING YOUR SIGNATURE

**Please return all pages in this section, along with any Client-Provided Documents required.**

**Signature Page**

PING AND FINANCIAL SERVICES
PTE LLC
100 EAST PINE STREET
STE 110
ORLANDO FL 32801-2713

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

Account Type
G-Limited Liability Company/Partnership

**BY SIGNING THIS PAGE, I/WE ("I") ACKNOWLEDGE THAT I HAVE RECEIVED AND REVIEWED A COPY OF MY/OUR INVESTMENT PROFILE(S) INCLUDED IN THIS PACKAGE AND, IN THE CASE OF AN ADVISORY PROGRAM ACCOUNT, THE DISCLOSURE DOCUMENT(S) RELATING TO MY PARTICULAR ADVISORY PROGRAM ACCOUNT, AND I HAVE READ AND AGREE TO BE BOUND BY THE AGREEMENTS AND/OR DOCUMENTS LISTED BELOW AND ANY OTHER AGREEMENTS AND DOCUMENTS THAT ARE INCORPORATED BY REFERENCE INTO SUCH AGREEMENTS AND/OR DOCUMENTS.**

040 - Client Agreement, WFA
020 - Account Application - NA7
050 - Associated Person Information *
131 - Trusted Contact Authorization, WFA - ICED
280 - Confirmation of Account Services - MCAP

**I UNDERSTAND AND ACKNOWLEDGE THAT INVESTMENTS AND INSURANCE PRODUCTS IN MY BROKERAGE ACCOUNT:**
- **ARE NOT INSURED BY THE FDIC OR ANY FEDERAL GOVERNMENT AGENCY**
- **ARE NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, THE BANK OR BY ANY BANK AFFILIATE**
- **ARE SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED**

I agree to promptly review and immediately advise Wells Fargo Advisors if any of the Owners and/or Account Profile information is not accurate or becomes inaccurate. I understand that Wells Fargo Advisors will rely on this information and that it is my responsibility to provide accurate and timely updates. My failure to do so may affect recommendations that are given to me related to investments in my Account. If I decide to close or make changes to my Account, I will provide notification to Wells Fargo Advisors.

**TRANSACTION CONFIRMATION WAIVER - *DISCRETIONARY ADVISORY PROGRAM ACCOUNTS***

By initialing here, I waive receipt of trade-by-trade confirmations and understand that waiving this right is not a condition of participating in the Program and will not result in a different fee. I may rescind my waiver at any time and may request, for no additional cost, confirmations for any transactions effected for up to one year preceding my last statement. In the case of Variable Annuities, we will send you transaction confirmations for your Account. See Client Agreement, Confirmations and Reports.

**BY SIGNING THIS SIGNATURE PAGE, I/WE AUTHORIZE, ACKNOWLEDGE, AND AGREE TO THE TERMS AND CONDITIONS OF THE CLIENT AGREEMENT AND TO THE FOLLOWING:**
- **Margin:** If this is a Margin Account, my securities may be loaned to Wells Fargo Clearing Services, LLC or loaned to others.
- **Communications Consent:** My Financial Advisor may contact me/us as described in the Communications, Recording and Monitoring, Statements and Confirmations section of the Client Agreement.
- **Brokerage Cash Services:** In connection with Brokerage Cash Services, Wells Fargo Bank, N.A. is authorized to establish a Bank Account in my/our name(s) and provide the banking-related services under the terms set forth in the Brokerage Cash Services Supplemental Terms and Conditions and may make any inquiry it considers appropriate, including credit or other reports, to determine if the Bank Account should be opened. *I/We also agree to the terms of the dispute resolution program described in the Brokerage Cash Services Supplemental Terms and Conditions relating to disputes specifically involving the Bank Account.*
- **Principal Trade Consent for the Asset Advisor Program (For non-retirement accounts only)**
  You consent to Wells Fargo Advisors ("WFA") engaging in principal trades with your Account. WFA will inform you, orally or in writing, when executing a transaction as principal and obtain your consent, orally or in writing, at the time of the transaction. You may withhold your consent at the time of the transaction or you may revoke your consent without penalty at any time by providing written notice to WFA. In such case, revocation will be given effect within five business days of WFA's receipt. For more information regarding (i) the circumstances under which we directly or indirectly may engage in principal transactions; (ii) the nature and significance of our conflicts of interest as a result of the transactions; and (iii) how those conflicts are addressed, see the Principal Trade Consent section located on page 2 of the Program Features and Fee Schedule for the Asset Advisor program.

*(Initial here)*

| **W-9:** | **Under penalties of perjury, I certify that:** |
|---|---|
| **Payer's Request for Taxpayer Identification Number** | 1) The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and |
| Is this your correct Social Security/Tax ID? | 2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and |
| If not, please enter the correct number in the appropriate boxes. | |
| ☐ **Social Security**   ☒ **Tax ID**   `850583431` | 3) I am a U.S. citizen or other U.S. person; and |
| *or* ☐ **Corrected Social Security/ Tax ID** | 4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (NOTE: The FATCA code is not applicable for accounts maintained in the United States.) |
| (Please omit dashes) | ☐ Check here if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. |

*THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.*

THIS CLIENT AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE LOCATED ON PAGE 2 IN SECTION I, PARAGRAPH 5. BY EXECUTING THIS DOCUMENT CLIENT IS AGREEING TO BE BOUND BY THE PRE-DISPUTE ARBITRATION CLAUSE. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE CLIENT AGREEMENT.

---

**MUST SIGN AND DATE**

I agree to the terms and conditions of this agreement and attest that the certification made on the W-9 above is true.

| Signature of JAYSON LOPEZ
X | (Primary Owner) Use **BLACK** ink only. | Title if Applicable | Date *(Required)* |
|---|---|---|---|

I agree to the terms and conditions of this agreement.

| Signature of
X | | Title if Applicable | Date *(Required)* |
|---|---|---|---|
| Signature of
X | | Title if Applicable | Date *(Required)* |
| Signature of
X | | Title if Applicable | Date *(Required)* |
| Signature of
X | | Title if Applicable | Date *(Required)* |

582453 (Rev 17 - 08/19)

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC.

* Total Associate Person Form(s) - 1, 1096

007644020500

79551640   WFGESGN

# Limited Liability Company Authorization

**WELLS FARGO** **ADVISORS**

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955 - 1640 |

I, _____ being a duly elected, qualified and acting manager or

managing manager of _____ ,

a limited liability company (the "LLC"), do hereby certify to, and agree with, Wells Fargo Advisors ("WFA"), as follows:

1.  The LLC was organized under the laws of the State of _FL_____
    and articles of organization have been filed pursuant to the Limited Liability Company Act of that State.

2.  As set forth in the Operating Agreement of the LLC dated _01/15/2020_____
    (the "Operating Agreement"), the LLC is *(check one)*:

    ☐ **a MEMBER-managed LLC**     ☒ **a MANAGER-managed LLC**

3.  Any one of the following individual(s) have the authority, on behalf of the LLC to establish and maintain one or
    more accounts with WFA for the purpose of (i) purchasing or selling (long and short) securities, options and/or
    commodities contracts, (ii) the payment of money, (iii) the registration and delivery of securities, options and/or
    commodities contracts, (iv) transferring securities or funds to any person including, but not limited to, the person
    giving such instructions, or to any member or to any account of such person or member of any account in which
    they have an interest, and (v) any other action with respect to this account.

| Name *(please print)* | Signature |
|---|---|
|  |  |
|  |  |
|  |  |

4.  WFA shall be fully protected in relying upon this authorization and shall be indemnified and held harmless by the
    LLC from any and all claims, demands, expenses, losses or damages, including reasonable attorneys fees,
    incurred by WFA on the account of WFA's honoring the signature or instruction (written or oral) of any person
    designated in this authorization as having the power and authority to act on behalf of the LLC.

5.  This Authorization shall remain in full force and effect until such time as WFA shall have received written notice of
    the amendment or rescission thereof and has had a reasonable time (not less than two full business days) to act
    upon such notices. Upon the amendment of the Operating Agreement to change the authority of the persons
    designed in paragraph 3 hereof, the LLC shall immediately notify WFA and cause a new authorization to be
    executed and delivered to WFA.

6.  Any and all transactions by any of the persons designated herein, acting on behalf of the LLC with WFA prior to
    the delivery of this authorization, are ratified, confirmed, approved and adopted by the LLC.

Executed this _____ day of _____ , _____

Signature **X** _____

Printed Name _____

Title *(Check One)*:     ☐ *Member*     ☐ *Manager*

■                    79551640          WFGLLC          0076440205001                    ■

# Certification of Beneficial Owner(s) - General Instructions

WELLS FARGO ADVISORS

## What is this form?

To protect investors and combat financial crime, Federal regulation requires Wells Fargo Advisors to obtain, verify, and record information about the beneficial owners of legal entity customers at the time of account opening or when there are changes to beneficial owners on the account.

Failure to return this completed and signed Certifications of Beneficial Owner(s) form will result in restrictions to your ability to transact on the account.

## Who has to complete this form?

The person who provided the information on this form, used to open the account or modify the existing account, is required to sign the form.

For the purposes of this form, a **legal entity** includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country unless the legal entity qualifies for an exemption.

## What information do I have to provide?

You will need to complete the date of birth (all) and Social Security number (as applicable) for each beneficial owner listed on the attached form prior to **signing** and returning to Wells Fargo Advisors. Wells Fargo Advisors is required by Federal regulations to obtain for display on this form the name, address, date of birth, and Social Security number (or passport number or other similar information for non-U.S. persons) for each **beneficial owner** of the legal entity.

Although you already provided this information, the **date of birth and Social Security number fields have not been pre-populated on the attached form** in order to protect this personal information (see insert below). Please see instructions at the bottom of this page on how to return this form securely. All information must be completed on the form; this page is for instruction only.

| 1. | Full Legal Name |
|---|---|
| | *Jane Marie Doe* |

| Date of Birth | Social Security No. (for U.S. Persons)* | Government ID Type** | ID/Place of Issuance** |
|---|---|---|---|
| *MM/DD/YYYY*<br>*(complete this section for all persons)* | *xxx-xx-xxxx*<br>*(If non-US Person, leave blank)* | *Passort or government ID type*<br>*(If US person, leave blank)* | *Passport or government ID number and place of issuance (If US person, leave blank)* |

| Physical Address (Cannot be a P.O. Box) |
|---|
| Jane Doe's complete physical address (Street, city, state, zip) |

**The form will not be considered complete unless all the identifying information (name, address, date of birth, and Social Security number (or for non-U.S. persons, passport number or other similar information)) is displayed for each beneficial owner on the form.**

**Beneficial owners** are defined as:

(i)   Each individual, if any, who (1) owns, directly or indirectly, 10 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 10 percent or more of the shares of a corporation) or (2) serves as a trustee for a trust that owns, directly or indirectly, 10 percent or more of the equity interests of the legal entity customer; **and**

(ii)  An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary, and the same individual might be identified under both sections. A completed form will contain all the identifying information of **all** beneficial owners identified on the account, with a minimum of at least one individual (under section D), and up to ten additional individuals (under section C if they meet the 10% requirement described above).

To protect the personal information displayed on this form, Wells Fargo Advisors recommends you utilize one of the following secure methods to return the signed, completed form:

*   In person with your Financial Advisor;

*   Electronically by encrypted email or fax; or

*   Secure mail via USPS or other common carrier (domestic or international) with automated tracking and tamper evident packaging

---

**Investment and Insurance Products are:**
*   **Not Insured by the FDIC or Any Federal Government Agency**
*   **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
*   **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

---

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company. WellsTrade brokerage accounts are offered through WFCS under the trade name Wells Fargo Advisors.

# Certification of Beneficial Owner(s)

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

***Persons opening/modifying an account on behalf of a legal entity must provide the following information. Please re-confirm the Date of Birth and Social Security Number for each individual listed in C and D below by completing the blank fields. This information is required.***

**A.  Full Legal Name of individual opening/modifying the Account on behalf of legal entity (i.e., the individual providing the beneficial ownership information used to open/modify the account):**

Full Legal Name

JAYSON LOPEZ

Title

Chief Executive Officer (CEO)

**B.  Legal Name, Business Type, and Address of legal entity for which the Account is being opened/modified:**

Legal Name

PING AN FINANCIAL SERVICES PTE

Business Type

Limited Liability Company

Physical Address (Cannot be a P.O. Box)

100 EAST PINE STREET STE 110 ORLANDO 32801 FL US

**C.  The following information for each of the following individuals, if any, who:**
- **Own, directly or indirectly, through any contract, understanding, relationship, or otherwise, 10 percent or more of the equity interests of the legal entity listed above**
- **Serve as the trustee of a trust that owns, directly or indirectly, through any contract, understanding, relationship, or otherwise, 10 percent or more of the equity interests of the legal entity listed above**

| 1 | Full Legal Name | | | |
|---|---|---|---|---|
| | Not Applicable | | | |
| | Date of Birth | Social Security No. (for U.S. Persons)* | Government ID Type** | ID/Place of Issuance** |
| | Physical Address (Cannot be a P.O. Box) | | | |

\*      For U.S. Persons: Social Security Number
\*\*    For Non-U.S. Persons: Passport Number and Country of Issuance, or other similar identification number *(In lieu of a passport number, non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.)*

**D.  The following information is required for all individuals identified, minimum of at least one individual with significant responsibility for managing the legal entity listed above, such as:**
- An executive officer or senior manager (e.g., chief executive officer, chief financial officer, chief operating officer, managing member, general partner, president, vice president, treasurer, other executive officer, other senior manager); or
- Any other individual who regularly performs similar functions.

For the purposes of this section, appropriate titles include: chief executive officer, chief financial officer, chief operating officer, managing member, general partner, president, vice president, treasurer, other executive officer, or other senior manager.

*(If appropriate, an individual listed under section C above may also be listed in this section D.)*

| 1 | Full Legal Name | | | |
|---|---|---|---|---|
| | JAYSON LOPEZ | | | |
| | Title | | | |
| | Chief Executive Officer (CEO) | | | |
| | Date of Birth | Social Security No. (for U.S. Persons)* | Government ID Type** | ID/Place of Issuance** |
| | Physical Address (Cannot be a P.O. Box) | | | |
| | 6037 TARAWOOD DR ORLANDO FL 32819 US | | | |

\*      For U.S. Persons: Social Security Number
\*\*    For Non-U.S. Persons: Passport Number and Country of Issuance, or other similar identification number *(In lieu of a passport number, non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.)*

I,  JAYSON LOPEZ
Full legal name of individual opening Account on behalf of legal entity (i.e., the individual providing the beneficial ownership information used to open the account) ,

hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

**X**
_____                    _____
Signature                                                                                          Date

**Note: Please return this form promptly. Newly-opened accounts will remain restricted until the completed and signed Certification of Beneficial Owner(s) is on file. Existing accounts will be subject to a trading restriction if the completed and signed Certification of Beneficial Owner(s) is not on file within 30 days of the account modification date. Please contact your Financial Advisor listed on your brokerage statement for more information.**

          79551640                    WFGCOBO              0076440205001

# ACCOUNT DOCUMENTS FOR YOUR PERMANENT RECORDS

**The following pages are your copies of the account documents. Please retain all pages in this section for your permanent records.**

# Account Application

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

☒ New
☐ Update

## Account Registration

**Correspondence to the Client will be mailed to the address below.**

Salutation

PING AN FINANCIAL SERVICES
PTE LLC
100 EAST PINE STREET
STE 110
ORLANDO FL 32801-2713

| Citizenship ☒ U.S. Citizen ☐ Resident Alien ☐ Non-Resident Alien | Country UNITED STATES OF AMERICA | SSN/TIN On File |
|---|---|---|

| Home Phone (1) | Business Phone + Ext.(1) (321) 280-6996 | Fax Number | Other Phone |
|---|---|---|---|
| Home Phone (2) | Business Phone + Ext.(2) | Cell Phone (1) | Cell Phone (2) |

## Account Type

G-Limited Liability Company/Partnership

## Investment Objective

B - Conservative Growth & Income

## Standing Instructions
*Please see following pages for codes to be entered.*

| Stock Instructions 4 | Trade Balance Instructions C | Dividend Instructions 1 ☒ Hold Principal | Dividend Reinvest (RIN) N | Money Market Instructions ☐ Cash ☒ Re-Invest | Category Code 7 | Trans Level 001 |
|---|---|---|---|---|---|---|

**Sweep Option** — EXPANDED BANK DEPOSIT

Other Brokerage Accounts? *Money Market Funds (Prospectus mailed separately)* ☐ Yes ☒ No If "Yes," Firm Names:

## Cost Basis Elections
*Please see following pages for codes to be entered.*

Tax Lot Relief Method*: F   * The default method is FIFO (First In First Out).

**Average Cost Elections** *(If you choose N do not enter the date)*
Mutual Funds N
Election Date
Dividend Reinvestment Plans N
Election Date

Election for Rights/Warrants Apportionment *(if applicable)* ☐ Yes ☒ No

## Additional Account Authorization
*Additional Documentation is Required.*

Will anyone else have authority over this account? ☐ Yes ☒ No
If "Yes," indicate type of Power of Attorney (POA): ☐ Full ☐ Limited ☐ Discretionary
POA Name:

## Margin/Cash Account

☐ Cash

☐ **I DECLINE margin privileges. I understand that my account will be opened as a cash account and that I will not have overdraft protection.**

☒ Margin **TO OPEN A MARGIN ACCOUNT, YOU MUST BE ELIGIBLE FOR MARGIN PRIVILEGES AND ELECT TO OPEN A MARGIN ACCOUNT.** Accounts not eligible for margin include: Custodian, Guardian, ERISA, IRAs, Investment Club, and Pension and Profit-Sharing accounts. **Margin trading entails greater risk and is not suitable for all investors. If the market value of eligible securities in your account declines, you may be required to deposit more money or eligible securities in order to maintain your line of credit.** By requesting a margin account and signing this Application, I acknowledge that I have received and read the Margin Disclosure Statement, the General Account Agreement and Disclosure Document, and the Statement of Interest Charges. I understand that my securities may be pledged, repledged, hypothecated, or rehypothecated as deemed necessary.

Initial intended purpose of the account: Standby Liquidity including Brokerage Cash services

## Tax Certification  *(Check ONE box below that applies.)*

☒ **U.S. Person or Resident Alien:**

*Under penalties of perjury, I certify that:*

1) The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and

2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3) I am a U.S. citizen or other U.S. person; and

4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (NOTE: The FATCA code is not applicable for accounts maintained in the United States.)

You must cross out item 2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

☐ **Non-Resident Alien Individuals and Foreign Entities:**  By checking this box, I certify that I am not a U.S. citizen, resident alien, or other U.S. entity for U.S. tax purposes and I will provide the appropriate Form W-8 with this application. If any joint owner of this account provides an IRS Form W-9, I understand all income will be reported to that person or entity under the rules in Chapters 3, 4, and 61 of the U.S. Internal Revenue Code.

# Account Application

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

☒ New
☐ Update

## Primary Account Owner Information — DAML (screen1)

*ENTER LEGAL RESIDENCE IF DIFFERENT FROM REGISTRATION ADDRESS • Cannot be a P.O. Box*

Name Type: ☐ Individual ☒ Non-Personal

**Name or Title**
PING AN FINANCIAL SERVICES PTE

☐ Same Name and Address as Part 1
100 EAST PINE STREET
STE 110

| City | State | ZIP | Country of Residency |
|---|---|---|---|
| ORLANDO | FL | 32801 | UNITED STATES OF AMERICA |

| Country of Citizenship/Registration | State of Registration | Permanent Resident? ☐ | Government ID |
|---|---|---|---|
| US | FL | | ND - Non-Documentary |

| Birth Date | Years at Current Employer 00 | Employer Name *(If Retired, complete questions based on firm from which retired.)* | Government ID Number |
|---|---|---|---|

| Employer Address | Business Nature | Second Government ID |
|---|---|---|

| City | State | ZIP | Second Government ID Number |
|---|---|---|---|

| Occupation Description | Source of Funds C | Other |
|---|---|---|

Position

| Marital Status | ☐ Single ☐ Married ☐ Divorced ☐ Widowed | Number of Dependents | Education Level | Tax Bracket 35 | Primary Acct for Householding | Initial Transaction Type |
|---|---|---|---|---|---|---|

Email Address

**FINRA Information**

Is Client, Client's Spouse, or immediate relative employed by Wells Fargo Advisors or another FINRA Member or any other financial services company? ☐ Yes ☒ No | If "Yes," enter Class Code | Class Code | RULE 144: Is authorized person, or member of their immediate family a director, policy-making officer, or 10% stockholder in any publicly traded company? ☐ Yes ☒ No | If "Yes," indicate company ticker symbol or name.

## Investment Profile Information

**Financials** *(Use combined figures for joint accounts.)*

| Annual Income *(All Sources)* | Net Worth *(Excluding Residence)* |
|---|---|
| I - $10,000,000 Or More | I - >$10,000,000 |
| Liquid Net Worth | Other Investments |
| I - >$10,000,000 | I - >$10,000,000 |

| **Investment Experience** *Indicate Years of Experience for each category* | Stocks | Years >10 | Bonds | Years >10 | Options | Years >10 | Mutual Funds | Years >10 | Annuities/Life Insurance | Years >10 |
|---|---|---|---|---|---|---|---|---|---|---|

**Average Pricing** ☐ Yes ☒ No *(Selecting "Yes" will establish average pricing for all order transactions in the account.)*

Account Purpose and Nature: BUSMG

**Time Horizon** A — *The expected period over which a customer plans to invest to achieve a particular financial goal.*
(A) Long Term (10+ years) (B) Moderate (5-10 years) (C) Intermediate (3-5 years)
(D) Short Term (1-3 years) (E) Immediate (Less than 1 year) (X) Client did not provide.

**Liquidity Needs** B — *The extent to which a customer desires the ability or has financial obligations that dictate the need to quickly and easily convert cash all or a portion of an investment or investments without experiencing significant loss in value from, for example, the lack of a ready market, or incurring significant costs or penalties.*
(A) Significant (Primary need is liquidity) (B) Moderate (May need quick access to cash) (C) None (Have other sources of cash) (X) Client did not provide

**Priority Credit Line Investment Profile Information**

**PCL Time Horizon**
☐ 0-3 Months ☐ 6-12 Months ☐ 3-5 Years ☐ N/A Standby Liquidity - Consumer
☐ 3-6 Months ☐ 1-3 Years ☐ 5+ Years ☐ N/A Standby Liquidity - Business

**Securities-Based Lending Experience** Years _____ **Repayment Plan** _____

**Amount you initially intend to borrow**

## Additional Account Information

Has the Broker advised the party establishing this account that information collected on parties associated with this account is subject to verification as mandated by the USA PATRIOT Act and outlined in our Client Identification Program? ☒ Yes ☐ No

**Additional Account Considerations** *(Your financial advisor considered the following information in determining the account type recommendation.)*

Does the client have previous investment advisory experience? ☐ Yes ☐ No

Did you consider reasonably available alternatives to the account type selected for the client? ☒ Yes ☐ No

Have you considered the risks, rewards, and costs of the account and any features selected for the client? ☒ Yes ☐ No

After considering all factors applicable to an account type recommendation, what preferences were identified as most important to the client?

Transactional recommendations

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

## Non-Individual Account Owner

| Business Type | L | Business Subtype | | Exchange Name | | Country of Exchange | | Exchange Description |
|---|---|---|---|---|---|---|---|---|

| Sales Market | NATL | Sales Market State(s) | FL |
|---|---|---|---|

| Sales Market Country(ies) | |
|---|---|

| NAIC Sub-Industry (1) |
|---|
| 812990    Other Services (except Public Administration) |

| NAIC Sub-Industry (2) |
|---|
| |

| NAIC Sub-Industry (3) |
|---|
| |

**NAIC (North American Industry Classification System)** - Required for non-individual clients. NAICS codes are a standard used by federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U.S. business economy.

Is legal entity publicly traded?  N        Entity symbol and Exchange _____ or CUSIP _____

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT** - To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. *What this means for you:* When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## Acceptance of Terms

**Accounts are carried and credit is extended by Wells Fargo Clearing Services, LLC (WFA), a separate non-bank affiliate of Wells Fargo & Company. As separate corporations, none is responsible for the obligations of the others. Stocks, bonds, mutual funds, and other securities bought and sold through WFA are not deposits of any bank and are not insured or otherwise protected by the Federal Deposit Insurance Corporation ("FDIC"), or any other government agency; are not an obligation of any bank or any affiliate of WFA; are not endorsed or guaranteed by Wells Fargo & Company, WFA, or any bank affiliate of WFA; and involve investment risk including possible loss of principal. By signing this Agreement, I acknowledge that I have read and understand the foregoing. I understand that this account is governed by the General Account Agreement and Disclosure Document and/or other agreements I have with WFA.**

**WFA recognizes that your relationship with your financial advisor is important. If your financial advisor's affiliation with WFA ends and he or she joins a non-affiliated securities broker-dealer with which WFA has entered into an agreement regarding the movement of financial advisors between firms, WFA will permit the financial advisor to use certain client contact information to solicit clients to join the financial advisor's new firm. The client contact information that the financial advisor may use is limited to your name, address, email address, phone number, and account title. If your account is with Wells Fargo Advisors Financial Network, LLC, please see the Wells Fargo Advisors Financial Network Privacy Statement for more information.**

## Authorized Signatures

**Account Control.** All Individuals, Joint Owners, Fiduciaries of Trusts, Estates, Pension and Profit-Sharing Plans, and General Partners of Partnerships and those authorized to establish and control accounts must sign. For Corporations and all other organizations, the President and Secretary (or those with equivalent titles) must sign along with any other officer(s) to give instructions on behalf of the Account. If the Account has authorized an Investment Advisor Plan Administrator or other third party to give trading or other instructions, please provide copy of such authorization.

*THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.*

If requested, does Client want us to provide name and address to an issuer in which we hold securities in street name? SEC Rule 14b-1 prohibits from using name and address for any purpose other than corporate communications. ☒ Yes   ☐ No

| Tenants in Common Ownership* | | Tenants in Common Ownership* | | Tenants in Common Ownership* | | Tenants in Common Ownership* | |
|---|---|---|---|---|---|---|---|
| % | *If applicable | % | *If applicable | % | *If applicable | % | *If applicable |

**Is FA Registered in Client's State of Domicile?** ☐ Yes ☐ No

## Investment Objectives and Risk Tolerance

All investors have goals that help guide their investment decisions. Investment goals typically have different time horizons and different income and growth needs. Generally, investment goals are on a spectrum, with "Income" investors typically holding the smallest percentage of higher risk investments, followed by "Growth and Income" investors holding some higher risk investments, and finally "Growth" investors holding a significant portion of their portfolio in higher risk investments. In addition, investors have different risk tolerances, independent of their income and growth needs. Risk tolerance is the amount of risk or loss an investor is willing and able to accept in order to achieve his/her financial goals and is measured on a continuum that increases from "Conservative" to "Moderate" to "Aggressive," and finally "Trading and Speculation." In determining an investment objective, it is important for you to assess your risk tolerance and your need for income and growth.

By aligning the risk tolerances with the investment needs, Wells Fargo Advisors offers clients 10 different investment objectives from which to choose. While all investments involve some degree of risk, including the potential for loss of principal, some investments involve more risk than others. For example, higher risk investments may have the potential for higher returns, but also have the potential for greater losses. Please carefully review the descriptions below in each Investment Objective and select the one that most closely describes your risk tolerance, investment needs, and investment preference.

**INCOME: Portfolios emphasize current income with minimal consideration for capital appreciation and usually have less exposure to more volatile growth assets.**

**Conservative Income** - Conservative Income investors generally assume lower risk, but may still experience losses or have lower expected income returns.

**Moderate Income** - Moderate Income investors are willing to accept a modest level of risk that may result in increased losses in exchange for the potential to receive modest income returns.

**Aggressive Income** - Aggressive Income investors seek a higher level of returns and are willing to accept a higher level of risk that may result in greater losses.

**GROWTH & INCOME: Portfolios emphasize a blend of current income and capital appreciation and usually have some exposure to more volatile growth assets.**

**Conservative Growth & Income** - Conservative Growth and Income investors generally assume a lower amount of risk, but may still experience losses or have lower expected returns.

**Moderate Growth & Income** - Moderate Growth and Income investors are willing to accept a modest level of risk that may result in increased losses in exchange for the potential to receive modest returns.

**Aggressive Growth & Income** - Aggressive Growth and Income investors seek a higher level of returns and are willing to accept a higher level of risk that may result in greater losses.

**GROWTH: Portfolios emphasize capital appreciation with minimal consideration for current income and usually have significant exposure to more volatile growth assets.**

**Conservative Growth** - Conservative Growth investors generally assume a lower amount of risk, but may still experience increased losses or have lower expected growth returns.

**Moderate Growth** - Moderate Growth investors are willing to accept a modest level of risk that may result in significant losses in exchange for the potential to receive higher returns.

**Aggressive Growth** - Aggressive Growth investors seek a higher level of returns and are willing to accept a high level of risk that may result in more significant losses.

**Trading & Speculation:** Trading and Speculation investors seek out maximum return through a broad range of investment strategies, which generally involve a high level of risk, including the potential for unlimited loss of investment capital.

## Standing Instructions

**Stock Instructions**
4   Register in street name and hold
5   DVP

**Trade Balance Instructions**
A   Pay net credit balance
B   Pay and Pay
C   Hold all balances

**Dividend Instructions**
1   Into Free Credit
3   Semi-Weekly
4   Daily
5   Monthly
6   Credit Type 2 Pay Type 1 Semi-Weekly
7   Credit Type 2 Pay Type 1 Monthly

**Dividend Reinvestment**
A   Reinvest all trades for this account. All current positions and future trades for eligible positions will be reinvested automatically.

C   Cash dividends will be paid for this account unless the security is coded for reinvestment on **RDIV**.

N   Dividends will not be reinvested for this account; cash dividends will be paid for all new trades. Note: **RIN** default.

R   Dividends will be reinvested for all new trades for this account, unless the security is coded for cash dividends on **RDIV**.

**Account Category Codes**
001   Individual US Citizen/Resident Alien
002   Sole Proprietorship
003   Guardian/Conservator/Committee
004   Joint
005   Prime Broker
006   C-Corporation/S-Corporation
007   Limited Liability Company
008   Estate
012   Partnership
013   Bank/Trust Company/Credit Union
014   Traditional/Roth IRA
015   SEP IRA/SIMPLE IRA
016   Investment Club
017   Insurance Company
018   Mutual Fund/Money Manager
019   Personal Trust

021   Retirement Trust/Pension, Profit Sharing Plan
022   Non-Profit Organization
023   Uniform Gift/Transfer to Minor
025   Numbered Account
026   Outside Custodian IRA
028   Municipal/Government/Public Funds
031   Personal DVP
032   Education Saving Account
033   403(b) Retirement Account
040   Individual Non-Resident Alien, with Treaty
041   Individual Non-Resident Alien, no Treaty
042   Custodian for Non-Resident Alien, with Treaty
043   Custodian for Non-Resident Alien, no Treaty
071   Individual 529 College Plan
073   Trust 529 College Plan
074   Custodial 529 College Plan
081   IRA Annuity - External Custodian
082   SEP Annuity - External Custodian
083   403(b) Annuity - External Custodian
084   401(a) Annuity - External Custodian
085   401(k) Annuity - External Custodian

### Table 1

| | |
|---|---|
| **A** $0 - $49,999 | **G** $1,000,000 - $4,999,999 |
| **B** $50,000 - $99,999 | **H** $5,000,000 - $9,999,999 |
| **C** $100,000 - $199,999 | **I** $10,000,000 or more |
| **D** $200,000 - $499,999 | **X** Client did not provide |
| **E** $500,000 - $999,999 | |

## Cost Basis Election Codes

**F**   **FIFO - First In First Out** - If the account is set up for First In First Out, the first security purchased is assumed to be the first security sold. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached.

**L**   **LIFO - Last In First Out** - If the account is set up for Last In First Out, the most recent tax lot purchased will be the first closed. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached.

**H**   **HIFO - Highest In First Out** - If the account is set up for Highest In First Out, the tax lot with the highest cost basis will be the first closed. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached.

**C**   **LOFO - Lowest Cost First Out** - If the account is set up for Lowest Cost First Out, the tax lot with the lowest unit cost will be closed first, regardless of the holding period. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached.

**S**   **HCST - Highest Cost Short Term** - If the account is set up for Highest Cost Short Term, the process will pick only the short-term tax lots and the tax lot with the highest unit cost will be closed first. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached. If no short-term lots are found, or if the number of short-term units is insufficient to cover the sale, the process will look at long-term lots and continue to close HCLT.

**T**   **HCLT - Highest Cost Long Term** - If the account is set up for Highest Cost Long Term, the process will pick only the long-term tax lots and the tax lot with the highest unit cost will be closed first. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached. If no long-term lots are found, or if the number of long-term units is insufficient to cover the sale, the process will look at the short-term lots and continue to close HCST.

**R**   **LCLT - Lowest Cost Long Term** - If the account is set up for Lowest Cost Long Term, the process will pick only the long-term tax lots and the tax lot with the lowest unit cost will be closed first. If the trade requires additional units to be closed, the process will be repeated until the required number of shares is reached. If no long-term lots are found, or if the number of long-term units is insufficient to cover the sale, the process will look at the short-term lots and continue to close LCST.

**M**   **LCST - Lowest Cost Short Term** - If the account is set up for Lowest Cost Short Term, the process will pick only the short-term tax lots and the tax lot with the lowest unit cost will be closed first. If the trade requires additional units to be closed, the process will be repeated sequentially until the required number of shares is reached. If no short-term lots are found, or if the number of short-term units is insufficient to cover the sale, the process will look at the long-term lots and continue to close LCLT.

## Average Cost Basis Accounting Codes

**N**  No Average Cost on Mutual Funds, accounting is lot by lot.
**O**  All; Post-Effective Date, All mutual fund tax lots acquired after 1/1/2012 will be averaged.
**M**  Mixed/Specific Security, Client will specify which mutual fund securities they hold will get average cost basis methodology applied.

## Account Householding

If the new account is related to other accounts, please indicate the account number of the primary account in the household. This field acts as a reminder to input this relationship into the ALLY screen.

## Government ID Description  -  Provide two forms of government ID in all cases except when choosing Passport (PP) or non-documentary (ND)

| | | |
|---|---|---|
| **AI** Articles of Incorporation | **EC** Employer ID Card | **PC** Permanent Resident Card |
| **AO** Articles of Organization (LLC) | **ED** Estate/Court Documents | **PP** Passport |
| **AR** Adoption Record | **FD** Foreign Issued ID - Non-Driver | **RA** Resident Alien ID Card (Green Card) |
| **BC** Birth Certificate | **FL** Foreign Driver's License | **SC** School ID Card |
| **BD** Border Crossing Card | **HC** Health Insurance Card (No Medicare Card) | **ST** State ID Card |
| **BL** Business License | **LP** Life Insurance Policy | **TI** Tribal ID |
| **BV** B1B2 Visa | **MD** Marriage or Divorce Record | **TP** Trustee Certification of Investment Powers |
| **CD** Court Document | **MR** Armed Forces | **TR** Trust Document |
| **CE** Cedula | **ND** Non-Documentary | |
| **CI** Consular ID Card | **NI** National ID Card | |
| **DL** Driver's License | **OA** Operating Agreement | |
| **EA** Employment Authorization Card | **PA** Partnership Agreement | |

## Education Level

**A**  High School Graduate
**B**  Post-Secondary Study
**C**  Two-Year Degree
**D**  College Graduate
**E**  Postgraduate Study
**F**  Advanced Degree
**G**  Other

## Business Nature Code

| | | | | |
|---|---|---|---|---|
| **A** | Agriculture | **J** | Non-Profit | |
| **B** | Consumer & | **K** | Personal Investment Co. | |
| | Business Services | **L** | Real Estate | |
| **C** | Construction | **M** | Retail | |
| **D** | Energy | **N** | Technology | |
| **E** | Financial Services | **O** | Telecommunications | |
| **F** | Government | **P** | Transportation | |
| **G** | Healthcare | **Q** | Wholesale | |
| **H** | Industrial | **R** | Other | |
| **I** | Media | **S** | Estate | |
| | | **T** | Trust | |

## Source of Funds Codes

**A**  Savings (from Earnings)
**B**  Inheritance
**C**  Business Revenue
**D**  Donations (Trusts only)
**E**  Sale of Business
**F**  Sale of Real Estate
**G**  Sale of Asset
**H**  Legal/Insurance Settlements
**I**  Asset Appreciation
**J**  Other
**K**  Associated Person

## Occupation Description

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **A** | Proprietor, Professional, Managerial | **E** | Administrative, Clerical | **I** | Education | **M** | Retired |
| **B** | Information Technology Systems | **F** | Public Service | **J** | Clergy | **N** | Student |
| **C** | Craftsmen, Skilled Worker | **G** | Personal Service Provider | **K** | Other | **P** | Homemaker |
| **D** | Sales | **H** | Farming, Fishing, Forestry | **L** | Unemployed | | |

## Account Purpose and Nature Descriptions

| | | |
|---|---|---|
| Investment | Employee Retirement | Trust Management |
| Retirement | Business Management | Estate Management |
| Children's Savings | Personal Liquid Savings | |

## Additional Client Reporting

| Duplicate Confirmations 1 | Duplicate Confirmations 2 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Duplicate Statements 1 | Duplicate Statements 2 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

# Associated Person Information

| Sub Firm # | BR Code | FA Code | Account Number | |
|---|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 | ☒ New |
| *(Office Use Only)* | | | | ☐ Update |

## Associated Person Information

*Name Type:* ☒ Individual  ☐ Non-Personal

**Name or Entity Title**
JAYSON LOPEZ

**Legal Address -** *Cannot be a P.O. Box*
6037 TARAWOOD DR

| City | | State | ZIP |
|---|---|---|---|
| ORLANDO | | FL | 32819 |

| Home Phone (407) 409-1150 | Business Phone | Fax Number | Other Number |
|---|---|---|---|

| SSN/Tax ID | Birth Date | Occupation Description |
|---|---|---|
| On File | On File | A - Proprietor, Professional, Mngr |

| Country of Citizenship/Registration | State of Registration | Permanent Resident? |
|---|---|---|
| US | | |

| Government ID Type | Govt. ID Number | Second Government ID Type | Second Govt. ID Number |
|---|---|---|---|
| ND - Non-Documentary | | | |

| FINRA Information | Is Client, Client's Spouse, or immediate relative employed by Wells Fargo Advisors or another FINRA Member or any other financial services company? | ☐ Yes ☒ No | If "Yes," enter Class Code (Definitions below) | Class Code |
|---|---|---|---|---|

| | RULE 144: Is authorized person, or member of their immediate family a director, policymaking officer, or 10% stockholder in any publicly traded company? | ☐ Yes ☒ No | If "Yes," indicate company ticker symbol or name. |
|---|---|---|---|

Email Address

## Non-Individual Account Owner

| Business Type | Business Subtype | Exchange Name | Country of Exchange | Exchange Description |
|---|---|---|---|---|

| Sales Market | Sales Market State(s) | | Sales Market Country(ies) | |
|---|---|---|---|---|

NAIC Sub-Industry (1)

NAIC Sub-Industry (2)

NAIC Sub-Industry (3)

**NAIC (North American Industry Classification System) -** Required for non-individual clients. NAICS codes are a standard used by federal statistical agencies in classifying business establishments for the purpose of collecting, analyzing, and publishing statistical data related to the U.S. business economy.

## Government ID Description - *Provide two forms of government ID in all cases except when choosing Passport (PP) or non-documentary (ND)*

| | | | | | |
|---|---|---|---|---|---|
| **AI** | Articles of Incorporation | **EC** | Employer ID Card | **PC** | Permanent Resident Card |
| **AO** | Articles of Organization (LLC) | **ED** | Estate/Court Documents | **PP** | Passport |
| **AR** | Adoption Record | **FD** | Foreign Issued ID - Non-Driver | **RA** | Resident Alien ID Card (Green Card) |
| **BC** | Birth Certificate | **FL** | Foreign Driver's License* | **SC** | School ID Card |
| **BD** | Border Crossing Card* | **HC** | Health Insurance Card (No Medicare Card) | **ST** | State ID Card |
| **BL** | Business License | **LP** | Life Insurance Policy | **TI** | Tribal ID |
| **BV** | B1B2 Visa | **MD** | Marriage or Divorce Record | **TP** | Trustee Certification of Investment Powers |
| **CD** | Court Document | **MR** | Armed Forces | **TR** | Trust Document |
| **CE** | Cedula | **ND** | Non-Documentary | *\* If Border Crossing Card or Foreign Driver's* |
| **CI** | Consular ID Card | **NI** | National ID Card | *License is selected, both Border Crossing Card* |
| **DL** | Driver's License | **OA** | Operating Agreement | *and Foreign Driver's License forms of ID are* |
| **EA** | Employment Authorization Card | **PA** | Partnership Agreement | *required.* |

## Class Codes Descriptions *(Do not enter "N" for "No" in the Class Code field • please leave blank.)*

**U**   **Employees of Wells Fargo Advisors, their spouse, dependent children, or any other person** who is supported directly or indirectly to a material extent by the employee. Also included are accounts in which any of these individuals have a financial or beneficial control or interest such as guardian, custodian, trustee, executor, corporate or legal officer or agent, investment clubs, joint accounts, or partnerships.

**V**   **Non-dependent immediate family members of an employee of Wells Fargo Advisors, which include:** non-dependent children, parents, parents-in-law, brothers or sisters, brothers-in-law or sisters-in-law, sons-in-law or daughters-in-law, children or other persons supported directly or indirectly to a material extent by any of these individuals, and any accounts in which they have a financial or beneficial control or interest such as guardian, custodian, trustee, executor, corporate or legal officer or agent, investment clubs, joint accounts, or partnerships.

*continued on next page*

79551640          WFG1096          0076440205001

**Class Codes Descriptions**   *(continued from previous page)*

**W**   **Employees or brokers of other security firms,** their dependent accounts and accounts in which they have a financial or beneficial control or interest, such as guardian, custodian, trustee, executor, corporate or legal officer or agent, investment clubs, joint accounts, or partnerships. You understand that if you are associated with another member or member organization, WFA may notify your employer in writing of your intention to open and/or maintain an account. We will transmit duplicate copies of confirmations and statements or other similar information with respect to the account to your employing member as required by regulation.

**Y**   **Associates of Wells Fargo & Company, their spouse, dependent children, or any other person** who is supported directly or indirectly to a material extent by the associate. Also included are accounts in which any of these individuals has a financial or beneficial control or interest such as guardian, custodian, trustee, executor, corporate of legal officer or agent, investment clubs, joint accounts, or partnerships.

**Z**   **Non-dependent immediate family members of an associate of Wells Fargo & Company, which include:** non-dependent children, parents, parents-in-law, brothers or sisters, brothers-in-law or sisters-in-law, sons-in-law or daughters-in-law, children or other persons supported directly or indirectly to a material extent by any of these individuals, and any accounts in which they have a financial or beneficial control or interest such as guardian, custodian, trustee, executor, in which they have a financial corporate or legal officer or agent, investment clubs, joint accounts, or partnerships.

**Occupation Description**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | Proprietor, Professional, Managerial | E | Administrative, Clerical | I | Education | M | Retired |
| B | Information Technology Systems | F | Public Service | J | Clergy | N | Student |
| C | Craftsman, Skilled Worker | G | Personal Service Provider | K | Other | P | Homemaker |
| D | Sales | H | Farming, Fishing, Forestry | L | Unemployed | | |

# Trusted Contact Authorization

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

By signing this form, I authorize Wells Fargo Advisors to contact the individual(s) identified below as my Trusted Contact(s) in the event of a situation described below regarding any or all accounts I have with Wells Fargo Advisors.

If Wells Fargo Advisors has questions or concerns about my health (capacity and well-being, etc.) or welfare (financial exploitation), or is unable to contact me, it may:

- Contact my Trusted Contact(s) and disclose information about me and my accounts to discuss possible financial exploitation.

- Confirm with my Trusted Contact(s) my current contact information or health status and/or the identity of any legal guardian, executor, trustee, or holder of a power of attorney.

  - Communicate with persons who claim legal authority to act for me to determine whether those persons have legal authority over my accounts.

I understand that: (1) I authorize Wells Fargo Advisors to contact my Trusted Contact(s) for any account I may have with Wells Fargo Advisors; (2) I may identify multiple contact persons (if needed, use additional copies of this form to list additional Trusted Contacts); (3) Wells Fargo Advisors is not required to contact, or attempt to contact, my Trusted Contact person(s); (4) **This Authorization is optional and I may withdraw it at any time by notifying Wells Fargo Advisors in writing;** and (5) I may change or amend my Trusted Contact(s) at any time by providing Wells Fargo Advisors a newly-signed Trusted Contact Authorization form, and that this new form **will supersede** any previous form on file.

The Trusted Contact must be at least 18 years old.

## Please note that every account owner who elects to provide Trusted Contact information must complete and sign his or her own Trusted Contact Authorization form.

*\* Required Fields*

| Account Owner/Authorized Party Name (Owner/Authorized person will be an Individual, Trustee, or Custodian)* |
|---|
| |

| Name of Trusted Contact* |
|---|
| |

| Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)* |
|---|
| |

| Trusted Contact Phone | Email |
|---|---|
| | |

| Address |
|---|
| |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

| Name of Trusted Contact* |
|---|
| CHRISTOPHER LOPEZ |

| Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)* |
|---|
| Sibling |

| Trusted Contact Phone | Email |
|---|---|
| 3463328557 | |

| Address |
|---|
| |

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|
| | | | |

**Investment and Insurance Products are:**
- **Not Insured by the FDIC or Any Federal Government Agency**
- **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
- **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company. WellsTrade brokerage accounts are offered through WFCS under the trade name Wells Fargo Advisors.

79551640          WFGICED          0076440205001

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

Name of Trusted Contact*

Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

Address

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

Name of Trusted Contact*

Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

Address

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

Name of Trusted Contact*

Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

Address

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

Name of Trusted Contact*

Relationship (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

Address

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

---

**Name of Trusted Contact***

**Relationship** (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

**Address**

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

---

**Name of Trusted Contact***

**Relationship** (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

**Address**

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

---

**Name of Trusted Contact***

**Relationship** (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

**Address**

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

---

**Name of Trusted Contact***

**Relationship** (*e.g., spouse, child, lawyer, accountant, etc.*)*

| Trusted Contact Phone | Email |
|---|---|

**Address**

| City | State/Province | ZIP/Postal Code | Country |
|---|---|---|---|

# Confirmation of Account Services

| Sub Firm # | BR Code | FA Code | Employee ID Number | Brokerage Cash or PCL Number | Brokerage Account Number |
|---|---|---|---|---|---|
| 1 | PTX6 | P6L9 | | 8618273935 | 7955-1640 |

| Account Owner Information | Required – Please complete by printing or typing in black ink. |
|---|---|

*For Brokerage Cash Services or Priority Credit Line Check orders, list the name(s) and address to be printed. Please limit to 5 lines maximum.*

| Check Imprint Information | Line 2 |
|---|---|
| PING AN FINANCIAL SERVICES | PTE LLC |

| Line 3 | Line 4 |
|---|---|
| 100 EAST PINE STREET | STE 110 |

| Line 5 | City | State | ZIP Code | Country |
|---|---|---|---|---|
| ORLANDO, FL 32801 | | | | |

**Shipping Address** *(if other than above)*

| City | State | ZIP Code | Date of Birth |
|---|---|---|---|
| | | | |

## Checkwriting

☐ **Yes,** I would like Checkwriting privileges.     ☒ **No,** I would not like Checkwriting privileges.

| **Package Style** *Additional fees may apply.* | Express Delivery | Charge |
|---|---|---|

## Check Printing

| Telephone Number (optional) | Driver's License Number (optional) |
|---|---|
| | ☐ Primary   ☐ Secondary |

## Visa® ATM/Debit Card   *(Only available with Brokerage Cash Services)*

☐ **Yes,** I wish to receive a Visa® ATM/Debit Card.    **Please check which name you desire:**   ☐ Primary Name
☒ **No,** I would not like a Visa® ATM/Debit Card.                                ☐ Secondary Name

Primary Name **(name cannot exceed 21 characters including spaces, hyphens)**

Secondary Name **(name cannot exceed 21 characters including spaces, hyphens)**

| Express Delivery | Charge |
|---|---|

## Cash Sweep Option

EXPANDED BANK DEPOSIT

| Statement Options for Monthly Activity | If no selection, option will default to Summary Only. |
|---|---|

☒ Summary Only (default)    ☐ Chronological Only    ☐ Full (Summary and Chronological)    Realized and unrealized gain/loss information will appear on your statement.

| Wells Fargo Accounts To Be Linked On Statement - *available with Brokerage Cash Services - Balance Information Only* |
|---|

☐ All Eligible Accounts    ☐ Checking/Savings Account(s)    ☐ Certificates of Deposit (CDs)    ☐ Line(s) of Credit

79551640       WFGMCAP       0076440205001

PINGORA FINANCIAL SERVICES
PTE LLC
100 EAST PINE STREET
STE 110
ORLANDO FL 32801-2713

**Client Copy of Signature Page**

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

| Account Type |
|---|
| G-Limited Liability Company/Partnership |

**BY SIGNING THIS PAGE, I/WE ("I") ACKNOWLEDGE THAT I HAVE RECEIVED AND REVIEWED A COPY OF MY/OUR INVESTMENT PROFILE(S) INCLUDED IN THIS PACKAGE AND, IN THE CASE OF AN ADVISORY PROGRAM ACCOUNT, THE DISCLOSURE DOCUMENT(S) RELATING TO MY PARTICULAR ADVISORY PROGRAM ACCOUNT, AND I HAVE READ AND AGREE TO BE BOUND BY THE AGREEMENTS AND/OR DOCUMENTS LISTED BELOW AND ANY OTHER AGREEMENTS AND DOCUMENTS THAT ARE INCORPORATED BY REFERENCE INTO SUCH AGREEMENTS AND/OR DOCUMENTS.**

040 - Client Agreement, WFA
020 - Account Application - NA7
050 - Associated Person Information *
131 - Trusted Contact Authorization, WFA - ICED
280 - Confirmation of Account Services - MCAP

**I UNDERSTAND AND ACKNOWLEDGE THAT INVESTMENTS AND INSURANCE PRODUCTS IN MY BROKERAGE ACCOUNT:**
- **ARE <u>NOT</u> INSURED BY THE FDIC OR ANY FEDERAL GOVERNMENT AGENCY**
- **ARE <u>NOT</u> A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, THE BANK OR BY ANY BANK AFFILIATE**
- **ARE SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL AMOUNT INVESTED**

I agree to promptly review and immediately advise Wells Fargo Advisors if any of the Owners and/or Account Profile information is not accurate or becomes inaccurate. I understand that Wells Fargo Advisors will rely on this information and that it is my responsibility to provide accurate and timely updates. My failure to do so may affect recommendations that are given to me related to investments in my Account. If I decide to close or make changes to my Account, I will provide notification to Wells Fargo Advisors.

**TRANSACTION CONFIRMATION WAIVER - *DISCRETIONARY ADVISORY PROGRAM ACCOUNTS***
By initialing here, I waive receipt of trade-by-trade confirmations and understand that waiving this right is not a condition of participating in the Program and will not result in a different fee. I may rescind my waiver at any time and may request, for no additional cost, confirmations for any transactions effected for up to one year preceding my last statement. In the case of Variable Annuities, we will send you transaction confirmations for your Account. See Client Agreement, Confirmations and Reports.

**BY SIGNING THIS SIGNATURE PAGE, I/WE AUTHORIZE, ACKNOWLEDGE, AND AGREE TO THE TERMS AND CONDITIONS OF THE CLIENT AGREEMENT AND TO THE FOLLOWING:**
- **Margin:** If this is a Margin Account, my securities may be loaned to Wells Fargo Clearing Services, LLC or loaned to others.
- **Communications Consent:** My Financial Advisor may contact me/us as described in the Communications, Recording and Monitoring, Statements and Confirmations section of the Client Agreement.
- **Brokerage Cash Services:** In connection with Brokerage Cash Services, Wells Fargo Bank, N.A. is authorized to establish a Bank Account in my/our name(s) and provide the banking-related services under the terms set forth in the Brokerage Cash Services Supplemental Terms and Conditions and may make any inquiry it considers appropriate, including credit or other reports, to determine if the Bank Account should be opened. *I/We also agree to the terms of the dispute resolution program described in the Brokerage Cash Services Supplemental Terms and Conditions relating to disputes specifically involving the Bank Account.*
- **Principal Trade Consent for the Asset Advisor Program (For non-retirement accounts only)**
You consent to Wells Fargo Advisors ("WFA") engaging in principal trades with your Account. WFA will inform you, orally or in writing, when executing a transaction as principal and obtain your consent, orally or in writing, at the time of the transaction. You may withhold your consent at the time of the transaction or you may revoke your consent without penalty at any time by providing written notice to WFA. In such case, revocation will be given effect within five business days of WFA's receipt. For more information regarding (i) the circumstances under which we directly or indirectly may engage in principal transactions; (ii) the nature and significance of our conflicts of interest as a result of the transactions; and (iii) how those conflicts are addressed, see the Principal Trade Consent section located on page 2 of the Program Features and Fee Schedule for the Asset Advisor program.

_____
*(Initial here)*

**W-9:**

**Payer's Request for Taxpayer Identification Number**

Is this your correct Social Security/Tax ID?
If not, please enter the correct number in the appropriate boxes.

☐ **Social Security**
☒ **Tax ID** 850583431

*or* ☐ **Corrected Social Security/Tax ID**
*(Please omit dashes)*

**Under penalties of perjury, I certify that:**
1) The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me); and
2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3) I am a U.S. citizen or other U.S. person; and
4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (NOTE: The FATCA code is not applicable for accounts maintained in the United States.)

☐ Check here if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

*THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.*

**THIS CLIENT AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE LOCATED ON PAGE 2 IN SECTION I, PARAGRAPH 5. BY EXECUTING THIS DOCUMENT CLIENT IS AGREEING TO BE BOUND BY THE PRE-DISPUTE ARBITRATION CLAUSE. THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE CLIENT AGREEMENT.**

* Total Associate Person Form(s) - 1, 1096

# Limited Liability Company Authorization

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955 - 1640 |

**WELLS FARGO** **ADVISORS**

I, _____ being a duly elected, qualified and acting manager or

managing manager of _____ ,

a limited liability company (the "LLC"), do hereby certify to, and agree with, Wells Fargo Advisors ("WFA"), as follows:

1.  The LLC was organized under the laws of the State of  FL_____

    and articles of organization have been filed pursuant to the Limited Liability Company Act of that State.

2.  As set forth in the Operating Agreement of the LLC dated  01/15/2020_____

    (the "Operating Agreement"), the LLC is *(check one)*:

    ☐ **a MEMBER-managed LLC**        ☒ **a MANAGER-managed LLC**

3.  Any one of the following individual(s) have the authority, on behalf of the LLC to establish and maintain one or
    more accounts with WFA for the purpose of (i) purchasing or selling (long and short) securities, options and/or
    commodities contracts, (ii) the payment of money, (iii) the registration and delivery of securities, options and/or
    commodities contracts, (iv) transferring securities or funds to any person including, but not limited to, the person
    giving such instructions, or to any member or to any account of such person or member of any account in which
    they have an interest, and (v) any other action with respect to this account.

| Name *(please print)* | Signature |
|---|---|
|  |  |
|  |  |
|  |  |

4.  WFA shall be fully protected in relying upon this authorization and shall be indemnified and held harmless by the
    LLC from any and all claims, demands, expenses, losses or damages, including reasonable attorneys fees,
    incurred by WFA on the account of WFA's honoring the signature or instruction (written or oral) of any person
    designated in this authorization as having the power and authority to act on behalf of the LLC.

5.  This Authorization shall remain in full force and effect until such time as WFA shall have received written notice of
    the amendment or rescission thereof and has had a reasonable time (not less than two full business days) to act
    upon such notices. Upon the amendment of the Operating Agreement to change the authority of the persons
    designed in paragraph 3 hereof, the LLC shall immediately notify WFA and cause a new authorization to be
    executed and delivered to WFA.

6.  Any and all transactions by any of the persons designated herein, acting on behalf of the LLC with WFA prior to
    the delivery of this authorization, are ratified, confirmed, approved and adopted by the LLC.

Executed this _____ day of _____ , _____

Signature **X** _____

Printed Name _____

Title *(Check One)*:     ☐ *Member*        ☐ *Manager*

■          79551640          WFGLLC          0076440205001          ■



# Certification of Beneficial Owner(s) - General Instructions

## What is this form?

To protect investors and combat financial crime, Federal regulation requires Wells Fargo Advisors to obtain, verify, and record information about the beneficial owners of legal entity customers at the time of account opening or when there are changes to beneficial owners on the account.

Failure to return this completed and signed Certifications of Beneficial Owner(s) form will result in restrictions to your ability to transact on the account.

## Who has to complete this form?

The person who provided the information on this form, used to open the account or modify the existing account, is required to sign the form.

For the purposes of this form, a **legal entity** includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country unless the legal entity qualifies for an exemption.

## What information do I have to provide?

You will need to complete the date of birth (all) and Social Security number (as applicable) for each beneficial owner listed on the attached form prior to **signing** and returning to Wells Fargo Advisors. Wells Fargo Advisors is required by Federal regulations to obtain for display on this form the name, address, date of birth, and Social Security number (or passport number or other similar information for non-U.S. persons) for each **beneficial owner** of the legal entity.

Although you already provided this information, the **date of birth and Social Security number fields have not been pre-populated on the attached form** in order to protect this personal information (see insert below). Please see instructions at the bottom of this page on how to return this form securely. All information must be completed on the form; this page is for instruction only.

| 1. | Full Legal Name<br>*Jane Marie Doe* | | | |
|---|---|---|---|---|
| | Date of Birth<br>*MM/DD/YYYY*<br>*(complete this section for all persons)* | Social Security No. (for U.S. Persons)*<br>*xxx-xx-xxxx*<br>*(If non-US Person, leave blank)* | Government ID Type**<br>*Passort or government ID type*<br>*(If US person, leave blank)* | ID/Place of Issuance**<br>*Passport or government ID number and place of issuance (If US person, leave blank)* |
| | Physical Address (Cannot be a P.O. Box)<br>Jane Doe's complete physical address (Street, city, state, zip) | | | |

**The form will not be considered complete unless all the identifying information (name, address, date of birth, and Social Security number (or for non-U.S. persons, passport number or other similar information)) is displayed for each beneficial owner on the form.**

**Beneficial owners** are defined as:

(i)     Each individual, if any, who (1) owns, directly or indirectly, 10 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 10 percent or more of the shares of a corporation) or (2) serves as a trustee for a trust that owns, directly or indirectly, 10 percent or more of the equity interests of the legal entity customer; **and**

(ii)    An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary, and the same individual might be identified under both sections. A completed form will contain all the identifying information of **all** beneficial owners identified on the account, with a minimum of at least one individual (under section D), and up to ten additional individuals (under section C if they meet the 10% requirement described above).

To protect the personal information displayed on this form, Wells Fargo Advisors recommends you utilize one of the following secure methods to return the signed, completed form:

•     In person with your Financial Advisor;

•     Electronically by encrypted email or fax; or

•     Secure mail via USPS or other common carrier (domestic or international) with automated tracking and tamper evident packaging

**Investment and Insurance Products are:**
**•  Not Insured by the FDIC or Any Federal Government Agency**
**•  Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**•  Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company. WellsTrade brokerage accounts are offered through WFCS under the trade name Wells Fargo Advisors.

# Certification of Beneficial Owner(s)

| Sub Firm # | BR Code | FA Code | Account Number |
|---|---|---|---|
| 1 | PTX6 | P6L9 | 7955-1640 |

*(Office Use Only)*

***Persons opening/modifying an account on behalf of a legal entity must provide the following information. Please re-confirm the Date of Birth and Social Security Number for each individual listed in C and D below by completing the blank fields. This information is required.***

| **A.** | **Full Legal Name of individual opening/modifying the Account on behalf of legal entity (i.e., the individual providing the beneficial ownership information used to open/modify the account):** |
|---|---|

Full Legal Name

JAYSON LOPEZ

Title

Chief Executive Officer (CEO)

| **B.** | **Legal Name, Business Type, and Address of legal entity for which the Account is being opened/modified:** |
|---|---|

Legal Name

PING AN FINANCIAL SERVICES PTE

Business Type

Limited Liability Company

Physical Address (Cannot be a P.O. Box)

100 EAST PINE STREET STE 110 ORLANDO 32801 FL US

| **C.** | **The following information for each of the following individuals, if any, who:** |
|---|---|

- **Own, directly or indirectly, through any contract, understanding, relationship, or otherwise, 10 percent or more of the equity interests of the legal entity listed above**
- **Serve as the trustee of a trust that owns, directly or indirectly, through any contract, understanding, relationship, or otherwise, 10 percent or more of the equity interests of the legal entity listed above**

**1** Full Legal Name

Not Applicable

| Date of Birth | Social Security No. (for U.S. Persons)* | Government ID Type** | ID/Place of Issuance** |
|---|---|---|---|
| | | | |

Physical Address (Cannot be a P.O. Box)

\* For U.S. Persons: Social Security Number
\*\* For Non-U.S. Persons: Passport Number and Country of Issuance, or other similar identification number *(In lieu of a passport number, non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.)*

| **D.** | **The following information is required for all individuals identified, minimum of at least one individual with significant responsibility for managing the legal entity listed above, such as:** |
|---|---|

- **An executive officer or senior manager (e.g., chief executive officer, chief financial officer, chief operating officer, managing member, general partner, president, vice president, treasurer, other executive officer, other senior manager); or**
- **Any other individual who regularly performs similar functions.**

For the purposes of this section, appropriate titles include: chief executive officer, chief financial officer, chief operating officer, managing member, general partner, president, vice president, treasurer, other executive officer, or other senior manager.

*(If appropriate, an individual listed under section C above may also be listed in this section D.)*

**1** Full Legal Name

JAYSON LOPEZ

Title

Chief Executive Officer (CEO)

| Date of Birth | Social Security No. (for U.S. Persons)* | Government ID Type** | ID/Place of Issuance** |
|---|---|---|---|
| | | | |

Physical Address (Cannot be a P.O. Box)

6037 TARAWOOD DR ORLANDO FL 32819 US

\* For U.S. Persons: Social Security Number
\*\* For Non-U.S. Persons: Passport Number and Country of Issuance, or other similar identification number *(In lieu of a passport number, non-U.S. persons may also provide an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.)*

I, JAYSON LOPEZ
Full legal name of individual opening Account on behalf of legal entity (i.e., the individual providing the beneficial ownership information used to open the account) ,

hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

**X**

_____     _____
Signature                                                                    Date

**Note: Please return this form promptly. Newly-opened accounts will remain restricted until the completed and signed Certification of Beneficial Owner(s) is on file. Existing accounts will be subject to a trading restriction if the completed and signed Certification of Beneficial Owner(s) is not on file within 30 days of the account modification date. Please contact your Financial Advisor listed on your brokerage statement for more information.**



79551640                    WFGCOBO                    0076440205001

2400 DALLAS PARKWAY
SUITE 100
PLANO TX 75093

PING AN FINANCIAL LLC
JAYSON LOPEZ
PRIORITY CREDIT LINE
5354 BAY SIDE DR
ORLANDO FL 32819-4070

I

**WELLS FARGO** ,AD◆SORS

GCNISIS PRIVATE W[ALTH 7v1ANAGEMCNT
GROUP QI, WELLS f ARGO ADVISORS
2400 DALLAS PKWY
SVITE 100
PLANO, TX 75093

08/03/2021

PING AN FINANCIAL LLC
JAYSON LOPEZ
PRJOR!TY CREDIT LINE
5354 BAY SIDL DR
ORLANDO f1 32819-4070

Account hunbcT
8376-7513

Dear Client,

Thank you for the recent change to your account. We know you have many choices for your JJT\'estmcnt needs and truly appreciate the trust you continue to place mus. We are committed to providing you wllh qual!ly service and Investment ad\'ice tailored to your wuque financial goals.

### Ho" to proceed

- Review Section I A for documents requiring si$_{gn}$ature(s).
  - Revie' document for accuracy, si$_{gn}$, date, and return *(note; documents lllV/ only be present if signatures are required).*
- Retain documents in Secl!on 2 for your records.

### \\'e're here to help

If you have questions, please contact us. You can reach us during business hours at (972) 473-5900.

We look forward to serving your financial and inve'tmenl needs in tbe months and years Lo come.

**We help clients succeed finaacially**

- One of the largest full-service m,estmeal finns m lhe country

- Acce$_s$ to bankmg and specialized financial serYices through Wells Fargo AdVlSors affiliate$_s$

- Customized strategies to fit your aeeds and circum$_s$tances

- A full selecuoa of mvestmeaIS and managed portfolio$_s$

Cnclosures

Wells Fargo Advisors Is a trade name used by Wells Fargo Cleaning Services, LLC. NSR 0119-00744

Please have all parties who are listed on the account:

1  Review the package in its entirety.
2  Sign and date all documents listed below in Section 1 "Documents Requiring Signature".
3  Return all pages listed below in Section 1 "Documents Requiring Signature.•

Please return the required documents promptly. Accounts without approved documentation are subject to tax writhholdlng and potential restriction rrom activity.

## Section 1

### Documents Requiring Signature

**Documents listed must be signed, dated and returned to us.**

135 - Beoefioal Cmners CerMcallon, WFA

S.gnaturs and confirmat1011 of aach DOB and SSNIITIN rsqu;rod.

## Section 2

### A.  Account Documents for our permanent records

135 - Beoefioal Cmner.; Cer1Jficabon, WFA

### B.  Disclosure Documents for your permanent records

SECTION 1A

# DOCUMENTS REQUIRING YOUR SIGNATURE

Please return all pages in this section, along with any Client-Provided Documents required.

**Ill** **Advisors**

# Certification of Beneficial Owners

## General Instructions

### What is the purpose of this form?

To protect investors and combat financial crime, Federal regulation requires financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (*e.g., the beneficial owners)* helps law enforcement investigate and prosecute these crimes.

This verification is required at the time of account opening or maintenance. Failure to return this completed and signed Certification of Beneficial Owner(s) form will result in restrictions to your ability to transact on the account. For brokerage accounts: newly-opened accounts will remain restricted until the completed and signed form is on file, and existing accounts will be subject to a trading restriction if the completed and signed Certification of Beneficial Owner(s) is not on file within 30 days of the **account modification date.**

### Who must complete this form?

The form must be completed by an individual authorized by the legal entity to open or maintain the account on behalf of the legal entity customer (also referred to as the "authorized individual"). The authorized individual is required to sign the form.

For the purposes of this form, a legal entity includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country unless the legal entity qualifies for an exemption.

### How can I securely return this form?

To protect the personal information displayed on this form, we recommend you utilize one of the following secure methods to return the signed, completed form:

- In person with your financial professional
- Electronically via encrypted email to your financial professional
- Sending through secure mail via USPS or other common carrier (domestic or international) with automated tracking and tamper-evident packaging

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank, or Any Bank Affiliate
- Subject to Investment **Risks,** Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company. WellsTrade brokerage accounts are offered through WFCS under the trade name Wells Fargo AdvIsors.

| Office Use Only: | 001 | PTX6 | P6L9 | 8376-7513 |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Code | Account Number |

## What information do I have to provide?

You will need to provide the following information for each beneficial owner listed on the attached form prior to signing and returning to us. We are required by Federal regulations to obtain this information for each beneficial owner of the legal entity.

- Full legal name (first name, middle name or initial, and last name or surname)
- Address
- Date of Birth
- Social Security number (or passport number or 0U1er similar information, in the case of Non-U.S. Persons)

Beneficial owners are defined as:

(i) Each individual, if any, who

    (1) owns, directly or indirectly, **10** percent or more of the equity interests of the legal entity customer *(e.g., each natural person that owns **10** percent or more of the shares of a corporah'on)* or

    (2) serves as a trustee for a trust tllat owns, directly or indirectly, **10** percent or more of the equity interests of the legal entity customer; and

(ii) An indi\'idual with significant responsibilit·y for managing the legal entity customer *(e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, o1· Tl·easurer).*

The number of indi,'iduals that satisfy this definition of "beneficial owner" may vary, and the same individual might be identified under both sections. A completed form will contain all tlie identifying infonnation of all beneficial owners identified on the account, "ith a minimum of at least one individual (under Step 3), and up Io **10** additional individuals (under Step **2**) if they meet the **10** percent requirement described above.

All information must be completed on the form; this page is for instruction *only*. Although you already provided tliis informatlon, the date of birth and Social Security number fields have not been prepopulated on the attached form in order to protect this personal information.

The form will not be considered complete unless **all the identifying information** (name, address, date of birth, and Social Security number or for non-U.S. persons, passport number or other similar information) is displayed for each beneficial ovmer on the form. We may also ask to see a copy of an unexpired driver's license, passport, or other identifying document for each beneficial owner listed on this form.

| office Use Only· | 001 | PTX6 | P6L9 | 8376-7513 |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Code | Account Number |

## Step 1 - Tell Us About the Entity and Authorized Individual

Please proYide the name and title of the authon.'zed in<li\idual opening or mmntaining the account on behalf of the legal enht).

| |
|---|
| Full Legal Name of Authorized Ind1f11dual |
| Frank Smith |
| TTLe |
| Managing Member |
| Legal Name of Enllty for \Mitch the Account ;s Be]ng Opened or Ma;nta;ned |
| PING AN FINANCIAL |
| Enbty Type |
| Limited Uabn,ty Company |
| Physical Address (Cannot be a P.O. Box) |
| 5354 BAY SIDE DR ORU..NDO 32819 4070 FL |

## Step 2 - Tell Us About the Entity's Owner(s)

PrO\ide the following ínformation for each indhidual, tf any, who:

- Owns, directly or indirectly, through any contract, arrangement, understanding, relationship or othemise, **10** percent or more of the equity interests of the legal entity listed abo\,c.

- SerYes as the trustee of a trust that owns, directly or indirectly, through any contract, arrangement, understandíng, relationship or otherwise, **10 percent** or more of the equity interests of the legal entity listed above.

If no indiYidual meets this definition, please enter "Not Applicable."

## Owner 1

| | Date of B,rth |
|---|---|
| FIA Lega Name | |
| JAYSON LOPEZ | |
| Pt,ys;caJ Ad(lre55 (camo. be• P.O. Box) | |
| 5354 BAY SIDE DR ORU\NDO FL 32819 US | |

| Soaal S«ully No. (for U.S. Persons)" | Go<emment ID Type' | ID/Place of Issuance· |
|---|---|---|
| | | |

• For Non-U.S. Persons: Passpon Number and Country of Issuance, or other símilar IdenlfficaUon number: *(ln lieu of a passport number, no>~U.S. persons may also provide a SOCbI secunty number, en alien 1denlfficatl0n card number, or number and country of issuance of any other govemmenl-tssued document ev1dencmg nat,cna/fty or reSJdence and bearing a photograph or similar safeguard)*

| Office Use Only: | 001 | PTX6 | P6L9 | 8376-7513 |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Coda | Account Number |

593268 (Rev 12 • 11120) 

Page 3 of 4

83767513    WFGCOB1    0082575362001

## Step 3 - Tell Us About the Entity's Control

The fuh1n-in2 rnfonnatron i. reqmred for a minimum of at lt2>t one indJ\1dual v.ith =.ignificant n:.,pon,1btli * for the le<al rnhl) listed above. :.uch as:

- a.n exerutin: officer or senior manager *(e.g., C1iicfErttutiwe Officer, C1i1efFinancial Officer, ChiefOperating* Ojfiefr, *Managing* I\ltm w, Grntral *Partner. President, Vice P1Ts1dent, Treasurer)*
- Any mdi.1dual ho regular!) perfonns ,imilarfunctiong.

Ifappropriate, an mdmdual listed as an Owner may al<0 be listed w tht-, section.

### Individual 1

| J-'l SON LOPEZ F.\ legal ♦ | | 09ledBtt1h | ,llie Managing Member |
|---|---|---|---|
| f"hr:;al Acttiea ,c.n:ic be• PO. 8o.,) | | | |
| 5354 SAYSl:E o q ORl.ANDO F l 32819 US | | | |
| Sc:-SecJrll)'"-::tb'US.Pen,onsT | ᴼᴾ⁷ʸᵖᵉˢ | IO'Place d tsauance> | |

• F a Nan-U.S. Persons. RaSCCC1 NL:Cber af1d Coullry of Issuance , or other Sffl'Uer identification number(In lieu of a passport number, non-U.S. .-sons :::.,y /'se pro;.ldt a soaa S8Cl.fll)' number. an affen rderc.J/cat,on card number, or number and country of LSSUance *ol* any other go-,e-,1 t>8111<saud oocument ♦ * national.-Y a reSJdMce and beanng a ♦ o g r a p h a SJmiler safeguard.J

## Step 4 - Acknowledge and Sign this Agreement

t'le:ise pro\lde the n...me .Jf the in...iridual authonzed h) the legal entit³ to open or maintain the account on behalf of the l e n l entlcy customer (also referred to as the authorized rndivtdual").

I, <ta:rk Sm:h ,
FIAI legal name aC ndrvldual  0Pelᵂ¹⁹ or maintalnr,g  Aa:oult on behalf of legal entity 8 e. .,. . .,.,._ ♦ .,. -    ""'-·'.'....,._. .-
=- ""-=on:'

here * certif;, to the best of m) knowledge, **that the information prmided above is complete and correct.**

**X** _____
Signature                                                                              Date

Nole far broterage IICCOI+Cs ne,,-ly-opened acauits wdl remain resInelad l.nlil the completed and signed loon 's on me. and ex,st.ng aceot.nts vJJ be llb,e::l lo a trading rest1dl0n If cre completed and signed cx1J.licabon of Benefiaal Owne<(s ls not on file within 30 days of the account ♦ t l ° ' . e

| Otfice Use Only: | 001 | PTX6 | P6L9 _ _ _ _ | 8376-7513 |
|---|---|---|---|---|
| | Sub Flrm# | BRCode | FA Code | A:>x,u.ıt N,ır,P>,x |

l83288 (Rev '12 - 11/20)


Page. of

83767513                          WFGCOB1                          0082575362001

Case 4:22-cv-00066-ALM Document 2 Filed 01/04/22 Page 47 of 71 PageID #: 149

**SECTION 2A**

# ACCOUNT DOCUMENTS FOR YOUR PERMANENT RECORDS

The following pages are your copies of the account documents. Please retain all pages in this section for your permanent records.


**Advisors**

# Certification of Beneficial Owners

## General Instructions

### What is the purpose of this form?

To protect Yeslors and combat financial crime, Federal regulation requires financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to d1Sgmsc mml·e_ment m terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requmng th clisclsure of key individuals who mvn or control a legal entity *(e.g., the beneficial owners)* helps law enforcement ta \esllgate and prosecute these crimes.

This Yerification is required at the time of account opening or maintenance. **Failure to return this completed and signed Certification of Beneficial Owner(s) form wiU result in restrictions to your ability to transact on the account. For brokerage accounts: newly-opened accounts will remain restricted untiJ the completed and signed form is on file, and existing accounts will be subject to a trailing restriction if the completed and signed Certification of Beneficial Owner(s) is not on file ·within 30 days of the account modification date.**

### Who must complete this form?

The form must be completed by an individual autho1ized by the legal entity to open or maintain the account on behalf of the legal entity customer (also referred to as the "authorized individual"). The authorized individual is reqwred to sign the form.

For the purposes of this form, a **legal entity** includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country unless the legal entity qualifies for an exemption.

### How can I securely return this form?

To protect the personal information displayed on this form, we recommend you utilize one of the foUowing secure methods to return the signed, completed form:

- In person with your financial professional
- Electronically via encrypted email to your financial professional
- Sending through secure mail via USPS or other common carrier (domestic or international) with automated tracking and tamper-evident packaging

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bak ?r Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Wells Fargo Advisors 's a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors F1nanelal Network. LLC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company. Wells Trade brokerage accounts are ottered through WFCS under the trade name Wells Fargo Advisors.

| Office Use Only: | 001 | PTX6 | P6L9 | 8376-7513 |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Code | Account Number |

## "What information do I have to provide?

You will need to provide the following information for each beneficial owner listed on the attached form prior to signing and returning to us. We are required by Federal regulations to obtain this information for each beneficial owner of the legal entity.

- Full legal name (first name, middle name or initial, and last name or surname)
- Address
- Date of Birth
- Social Security number (or passport number or other similar information. in the case of Non-US. Persons)

Beneficial owners are defined as:

(i) Each indiYidual, if any, who

(1) owns, directly or indirectly, **10** percent or more of the equity interests of the legal entity customer *(e.g., each natural person that owns **10** percent or more of the shares of a corporation)* or

(2) serYes as a trustee for a trust that owns, directly or indirectly. **10** percent or more of the equity interests of the legal entity customer; and

(ii) An indhidual with significant responsibilit:y for managing the legal entity customer *(e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).*

The number of indhiduals that satisfy this definition of "beneficial owner" may vary, and the same individual might be identified under both sections. A completed form will contain all the identifying information of all beneficial owners identified on the account, with a minimum of at least one individual (under Step 3), and up to **10** additional individuals (under Step 2) if they meet the **10** percent requirement described above.

All information must be completed on the form; this page is for instruction only. Although you already proided this information, the date of birth and Social Security number fields have not been prepopulated on the attached form in order to protect this personal information.

The form ,.ill not be considered complete unless all the identifying iofonnalion (name, address, date of birth, and Social Security number or for non-U.S. persons, passport number or other similar information) is displayed for each beneficial owner on the form. We may also ask to see a copy of an unexpired driver's license, passport, or other identifying document for each beneficial owner listed on this form.

| Office Use Only: | **001** | **PTX6** | **P6L9** | **8376-7513** |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Code | Account Number |

593268 (Rev 12 - 11/20)

Page 2 of 4

83767513    **WFGCOB1**    0082575362001

## Step 1 - Tell Us About the Entity and Authorized Individual

Please prm1de the name and title of the authorized mdir\"idual opening or mamtaining    account on behalf of legal entity.

| Full Legal Name of Aulnonzed IndMdual |
|---|
| Frank Smlltl |

| TlLe |
|---|
| Managi,ng Member |

| legal Name or Entity for wt1ldl !tie Acccul! •  Being Opened or Maintaoed |
|---|
| PING AN FINANCIAL |

| Enbry Type |
|---|
| Ltmited Liability Compaoy |

| Physical Address (Camot be a P.O. Box) |
|---|
| 5354 BAY SIDE DR ORLANDO 32819 4070 F I |

## Step 2 - Tell Us About the Entity's 01,ner(s)

Provide the following information for each indn1dual, if an}, who.

- 115, directly or indirectl}, through any contract, arrangement. understanding, relationship or otherwise, to percent or more of the equit} interests of the legal entity listed above.

- Sen·es as the trustee of a trust that owns, directly or indirectly, through an}· contract, arrangement, understanding, relationship or othem'ise, **10** percent or more of the equity interests of the legal entity listed abo,·e.

If no indhidual meets this definition, please enter "Not Applicabl<sub>e</sub>."

### Owner 1

| E . L"ljllName | Date of Birth |
|---|---|
| JAYSON LOPEZ | |

| Physcal Address (Cannot be a P.0. Box) |
|---|
| 5354 BAY SIDE DR ORLANDO F I 32819 US |

| Soaal Secuily No (for U.S. Persons)" | GoYemment ID Type* | IO!Place a l 1ssuanoe· |
|---|---|---|
| | | |

• For Non-U S Persons. Passport Number and Country of lssuance, or other SJTldar idenbficallon number. (In lieu of a passpo,t number, non-Us. persons may also prowde a soaa/ secvnty number, an alien tdentlficaUon card number, or number and country o/issuanre o/any other government ssued document evulenang nat,onal,ty or residence and bearing a photo,;rapt, or similar safeguard)



| | **001** | **PTX6** | **P6L9** | **8376-7513** |
|---|---|---|---|---|
| Office Use Only" | Sub Firm# | BR Code | FA Code | Account Number |

P Jcl

83767513            WFGCOB1            0082575362001

## Step 3 - Tell Us About the Entity's Control

The follo...;;ng infonnation is required for a minimum of at least one mdtviduaJ with sigmficant rcsponsibilit) for managing the legal en tit)· listed abo,'e, such as:

- An executiYe officer or senior manager *(e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer)*
- An)· indiYidual who regularly performs similar functions.

If appropriate, an indhidual listed as an Owner may also be listed in this scclion.

### Indjvidual 1

| Full L99al Name | | OateofBlrth | r111e |
|---|---|---|---|
| JAYSON LOPEZ | | | Managing Member |
| Phys;cal Address (Cannot be a P.O. Box) | | | |
| 5354 BAY SIDE DR ORLANDO FL 32819 US | | | |
| Social Security No. (for US. Persons)' | Government ID Typo* | ID/Place of Issuance* | |
| | | | |

• For Non-U.S. Perwns: Pa$Sport Number and Country of Issuance. or other similar 1dentificahon number(/n lteu of a passport number, n.U .S persons may also provide a SOCtal security number, en ehen 1denlification card number, or number and country of Issuance of any other govemment-Issued dowment ev1dencmg nat1onaltty or residence and bearing e photograph or similar safeguard.J

## Step 4 - Acknowledge and Sign this Agreement

Please pro,ide the name of the individual authorized by the legal ent]ty to open or maintain the account on behalf of the legal entity customer (also referred to as the "authorized individual").

**I,** Frank Smüll



Full legal name of lnd1v1dual open;ng or maintaining Account on behalf of legal enbly(1 • 11te0¾b41al JJO3•Ing 11te1•erooo1 ownenh¡p*''"""•""" used lOOF9'...., :;c:oùl")

hereby certify, to the best of my kno\\]edge, that the information provided above is complete and correct.

**X** _____   _____

S,gna1,n                                                   Date

**Note** for brokerage accounts: newly-opened accounts w¶1 remain resl1cled unbl lhe completed and signed fonn ls on file, and eXJshng accounts will be subJeci to a trading restncbon 'f the completed and signed Certificat,Jon of Beneficial Owner(s) is not on file Within **30** days of lhe account modificabon date.

| Office Use Only: | **001** | **PTX6** | **P6L9** | **8376-7513** |
|---|---|---|---|---|
| | Sub Firm# | BR Code | FA Code | Accou¬3t Number |

593268 (Rev 12 • 11/20)

Pge 4 of 4

   83767513        **WFGCOB1**        0082575362001

# Disclosure documents for your permanent records

If documents are not included in this section, they will be provided under separate cover.

"824'I8/Rev 04 - 03119)



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 1066      RICHMOND VA

POSTAGE WILL BE PAID BY ADDRESSEE

ATTENTION H0004-014
WELLS FARGO ADVISORS
PO BOX 66534
ST LOUIS MO 63166-9929

I, II.. ▪ II11 J I,J 1,.. 11. 1,I,, I,I,,,,, 1,11,I, ,I, I_ I

---

**From:** J Lopez <jayson.lopez@hotmail.com>
**Sent:** Friday, August 13, 2021 9:16 AM
**To:** Pauline.Cowden@wellsfargoadvisors.com <Pauline.Cowden@wellsfargoadvisors.com>
**Cc:** joseph.m.rinaldi@wellsfargoadvisors.com <joseph.m.rinaldi@wellsfargoadvisors.com>;
sean.a.lewis@wellsfargoadvisors.com <sean.a.lewis@wellsfargoadvisors.com>
**Subject:** Re: Brokerage *3247

Good morning Pauline, I was not aware this could be done without my permission. Currently I have my legal counsel reviewing this and did not want to move forward with this until I was comfortable and certain this is the right decision.


Jayson Lopez | 407.409.1150

"It's technology married with liberal arts, married with the humanities, that yields us the result that makes our heart sing," - Steve Jobs

On Aug 13, 2021, at 8:37 AM, Pauline.Cowden@wellsfargoadvisors.com wrote:

Hi Jayson,

Frank sent us the updated Articles of Amendment for Ping An Financial along with the Florida LLC Entity details page and the document shows that you need to be removed. We are following document processing guidelines until further notice is received.

If you have any questions, please discuss with Frank.  If the above is NOT the case, please let me know.

Best,

Pauline Cowden
Senior Client Associate
Genesis Private Wealth Management Group
of Wells Fargo Advisors
2400 Dallas Parkway, Suite 100, Plano, TX 75093
Direct: 972-473-5940   /   Fax: 972-473-5999
Pauline.cowden@wellsfargoadvisors.com

[www.fa.wellsfargoadvisors.com/genesis-group](www.fa.wellsfargoadvisors.com/genesis-group)

-----Original Message-----
From: J Lopez <jayson.lopez@hotmail.com>
Sent: Thursday, August 12, 2021 9:55 PM
To: Cowden, Pauline [PCG SENIOR CLIENT ASSOCIATE]
<Pauline.Cowden@wellsfargoadvisors.com>
Cc: Rinaldi, Joseph [PCG FA PROGRAM GRAD] <joseph.m.rinaldi@wellsfargoadvisors.com>;
Lewis, Sean [PCG PRIVATE WEALTH FA] <sean.a.lewis@wellsfargoadvisors.com>
Subject: Brokerage *3247

Hello Pauline, I noticed I no longer have access to the brokerage ending in 3247. May you please
provide me further information onto why this is?

Thank you in advance,


Jayson Lopez | 407.409.1150

"It's technology married with liberal arts, married with the humanities, that yields us the result that
makes our heart sing," - Steve Jobs


_____

This email may be an advertisement or solicitation for products and services. Unsubscribe from
promotional emails<[http://ebm.connect.wellsfargoemail.com/r/regf2?aid=2082566297&n=60](http://ebm.connect.wellsfargoemail.com/r/regf2?aid=2082566297&n=60)>.

Investment and Insurance Products are:
• Not Insured by the FDIC or Any Federal Government Agency
• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

Investment products and services are offered through Wells Fargo Clearing Services (WFCS), LLC,
Member SIPC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. WFCS
uses the trade name Wells Fargo Advisors. 1 North Jefferson, St. Louis, MO 63103.

View our Electronic communications guidelines.
<[https://www.wellsfargoadvisors.com/disclosures/email-disclosure.htm](https://www.wellsfargoadvisors.com/disclosures/email-disclosure.htm)>

WFA123456

From: sean.a.lewis@wellsfargoadvisors.com
To: jwfrance@aol.com
Cc: Pauline.Cowden@wellsfargoadvisors.com, joseph.m.rinaldi@wellsfargoadvisors.com
Sent: 12/1/2021 5:16:23 PM Eastern Standard Time
Subject: Ping An Financial Services, PTE LLC

Jim,

Per your request, I wanted to briefly reiterate our firm's position. While the firm appreciates your efforts in providing the recent information, the status of the account will not change. At this point, the firm will need to receive instructions from a court of law before any changes to the account status will be considered.

Please let me know if you have any further questions and/or comments. We wish you



success in navigating these circumstances and hope we can maintain a relationship with you and your organization once this situation is behind you.

Sincerely,

Sean A Lewis and Group

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

This email may be an advertisement or solicitation for products and services.  Unsubscribe from promotional emails.

**Investment and Insurance Products are:**
**• Not Insured by the FDIC or Any Federal Government Agency**
**• Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**• Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Investment products and services are offered through Wells Fargo Clearing Services (WFCS), LLC, Member SIPC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company. WFCS uses the trade name Wells Fargo Advisors. 1 North Jefferson, St. Louis, MO 63103.

View our Electronic communications guidelines.

Exhibit 5

**2021 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT**

DOCUMENT# L20000022597

**Entity Name:** PING AN FINANCIAL SERVICES PTE LLC

**FILED**

**Nov 22, 2021**
**Secretary of State**
**6401655245CC**

**Current Principal  Place of Business:**

5354 BAY SIDE DR
ORLANDO, FL  32819

**Current Mailing Address:**

5354 BAY SIDE DR
ORLANDO,  FL  32819  US

**FEI Number: 85-0583431**                                **Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

LOPEZ, JAYSON
5354 BAY SIDE DR
ORLANDO, FL  32819  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   JAYSON LOPEZ                                                           11/22/2021

Electronic Signature of Registered Agent                                     Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | LOPEZ, JAYSON | Name | LOPEZ, JAYSON |
| Address | 5354 BAY SIDE DR | Address | 5354 BAY SIDE DR |
| City-State-Zip: | ORLANDO FL  32819 | City-State-Zip: | ORLANDO FL  32819 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JAYSON LOPEZ                         PRINCIPAL                  11/22/2021

Electronic Signature of Signing Authorized Person(s) Detail                          Date

# *State of Florida*
## *Department of State*

I certify from the records of this office that PING AN FINANCIAL SERVICES PTE LLC is a limited liability company organized under the laws of the State of Florida, filed on January 15, 2020.

The document number of this limited liability company is L20000022597.

I further certify that said limited liability company has paid all fees due this office through December 31, 2021, that its most recent annual report was filed on November 22, 2021, and that its status is active.

*Given under my hand and the*
*Great Seal of the State of Florida*
*at Tallahassee, the Capital, this*
*the Twenty-second day of*
*November, 2021*



*Secretary of State*

Tracking Number: 6401655245CC

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

Division of Corporations



## Detail by Entity Name

Florida Limited Liability Company
PING AN FINANCIAL SERVICES PTE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000022597 |
| **FEI/EIN Number** | 85-0583431 |
| **Date Filed** | 01/15/2020 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 11/08/2021 |
| **Event Effective Date** | NONE |

**Principal Address**

5354 BAY SIDE DR.
ORLANDO, FL 32819

Changed: 11/08/2021

**Mailing Address**

5354 BAY SIDE DR.
ORLANDO, FL 32819

Changed: 11/08/2021

**Registered Agent Name & Address**

LOPEZ, JAYSON
5354 BAY SIDE DR.
ORLANDO, FL 32819

Name Changed: 11/08/2021

Address Changed: 06/25/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

LOPEZ, JAYSON
5354 BAY SIDE DR.
ORLANDO, FL 32819

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2021 | 02/07/2021 |

## Document Images

| | |
|---|---|
| 06/25/2021 -- LC Amendment | View image in PDF format |
| 02/07/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2020 -- LC Amendment | View image in PDF format |
| 01/15/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

CAUSE NO. _____

| | | |
|---|---|---|
| PING AN FUND I, L.P. | § | IN THE DISCTRICT COURT |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | OF COLLIN COUNTY, TEXAS |
| | § | |
| WELLS FARGO CLEARING | § | |
| SERVICES, LLC A/K/A WELLS | § | |
| FARGO ADVISORS, FRANK SMITH, | § | |
| INDIVIDUALLY AND AS AGENT | § | |
| FOR PING AN FINANCIAL | § | |
| SERVICES, PTE, LLC AND PING AN | § | |
| FINANCIAL SERVICES PTE, LLC | § | |
| | § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## AFFIDAVIT OF JAYSON LOPEZ

1. "My name is Jayson Lopez, I am over the age of eighteen and am competent to make this affidavit. The facts set forth in this affidavit are within my personal knowledge and are true and correct.

2. "I have reviewed Plaintiff's Original Petition, Emergency Application for Temporary Restraining Order, Request for Temporary Injunction, Request for Permanent Injunction and Request for Disclosure and the facts and assertions contained therein are true and correct to the best of my knowledge and belief.

3. "Ping An Fund I, L.P. (the "Fund") is a limited partnership that was previously managed by its prior general partner, Exempt Asset Management, LLC ("Exempt"). I was the managing member of Exempt. The fund was organized to receive cash or equity investments in exchange for limited partnership interest in the fund as set forth in the

Affidavit of Jayson Lopez
Page 1

Partnership Subscription Agreement and subsequently to deploy such investments in various types of financial trades to increase the limited partner's value in the Fund. The Fund consist of numerous investments in one or more entities as well as Accounts maintained at Wells Fargo Advisors ("Wells Fargo") in Plano, Texas that contain approximately $2,000,000 in cash and cash equivalent equities after offsetting the borrowings of the Fund.

4. "The three accounts making up the Accounts referenced herein are titled Ping An Financial, LLC, Jayson Lopez, and the respective account numbers are: 8733-3247, 7955-1640, and 8376-7513. The total cash deposited into the accounts between December 2020 and May 2021 is Eleven million Six Hundred Thousand Dollars ($11,600,000). The current net cash value of the accounts otherwise available to the Fund is approximately Two Million dollars ($2,000,000).[1] The cash deposited in the Accounts was solicited and raised by me from my personal business contacts. No other person in the Fund or at PAFS has any relationship with these investors. All of the investor who made cash contributions to these accounts signed limited partnership subscription agreements and were issued limited partnership interest in the Fund.

5. "Exhibit 1 to the TRO is a true and correct copy of the documents I signed to open the Accounts.

6. "Exempt was owned by me and my brother. Exempt is listed with the state of Wyoming as the previous general partner of the Fund. The Fund subsequently replaced Exempt with a new general partner, James France ("France"). France became the general partner by

---

[1] There is an investment account and two (2) collateral accounts where I borrowed against the initial investments by Fund limited partners in order for the Fund to purchase other investments.

Affidavit of Jayson Lopez
Page 2

unanimous vote of the limited partners in the Fund pursuant to operating agreement of the Fund. France is now managing all affairs of the Fund. I am assisting France in transitioning operations of the Fund to him as required by the Fund's limited partnership operating agreement.

7. "In addition, I am the sole organizer and investor of Ping An Financial Services Pte, LLC a Florida limited liability company ("PAFS"). My ownership and control of PAFS is in dispute in a case in Wyoming. (Ping An Financial Services PTE, LLC, First Judicial District Court, Civil Action Case No. 195-269 where in Frank Smith has sued the Fund to attempt to have a receiver appointed). In that case, Smith and PAFS have admitted they are not the general partner of the Fund. Smith has claimed in that case that PAFS is a limited partner in the Fund. However, the minimum consideration to be a limited partner in the Fund is $10,000. PAFS has tendered no consideration that is allowed under the Fund's limited partner subscription agreement to the Fund.

8. "In order to properly operate the Fund, I approached Wells Fargo to open the Accounts for the Fund. I mistakenly used PAFS on the name of the Accounts as the general partner.[2] The funds in the Accounts came from investors in the Fund with whom I had personal relationships. The Accounts at Wells Fargo should have been titled in the name of the Fund showing Exempt as the general partner with me as the manager of the general partner.[3] I and Wells Fargo simply made a mistake when titling the Accounts.

---

[2] This was a misnomer on my part as I nor Wells Fargo understood the proper name for the account. In short, it was unintentional.

[3] The Accounts should have been titled "Ping An Fund I, L.P., Exempt Management Services, LLC, its general Partner, Jayson Lopez, Managing Member.

Affidavit of Jayson Lopez
Page 3

9.  "Nevertheless, the accounts at Wells Fargo were opened on January 20, 2020 in the name of PAFS and I was the only signatory on the accounts.[4] The accounts were funded by investors in the Fund on or about January 21, 2020 who purchased limited partner interest in exchange for their investments. Subsequently, I solely operated the Accounts for approximately 7 months and disbursed approximately $9,500,000 into multiple investments.

10. "At all times, I was singularly in control of the Accounts.

11. "On or about June 4, 2021, I was indicted by a federal grand jury in Houston for securities fraud, to which I have plead not guilty. At this time Ping An had its attorney, Frank Smith, approach me and offer to help "manage" the Fund, provide oversight and to supposedly assist me in not violating my pre-trial release wherein I am not allowed to recommend or provide financial management or investment advice.

12. "I had a prior relationship with Ping An and I had solicited them to be an investor in the Fund. They made a financial commitment to me that I expected to be honored based upon my prior relationship with them. Them asking me to coordinate with Smith seems appropriate given they were supposed to be investing 50 Million Euros into the Fund.

13. "At the time Smith approached me I had contacted Ping An and notified them of my situation. Ping An represented to me that Smith would act on Ping An's behalf and was only there to review my business operations and provide support to me, if need. Smith told this to the Fund's legal counsel as well. At this time, I still believed that Ping An was

---

[4] Both Wells Fargo and I believed the Accounts were properly titled at the time they were opened.

Affidavit of Jayson Lopez
Page 4

going to be investing a significant amount in the Fund and in PAFS and I agreed and acquiesced to allow Smith to "assist" in oversight of the Fund and PAFS.

14. "Smith requested I put him on the accounts at Wells Fargo as an "interested party" allegedly so that if something happened to me, then the Fund would have someone to manage the Accounts or at least know what was going on with the Fund's assets. I initially agreed verbally to add Smith to the Accounts still believing that Smith was acting in my and the Fund's best interest.

15. "I contacted Wells Fargo and requested the documents to add Smith as an interested person. The documents were transmitted to me by Pauline Cowden at the local Wells Fargo office to add Smith as a signatory to the Accounts. These were the same documents I had previously filed out in Exhibit 1. Smith refused to sign the documents stating he did not wish to be responsible for other people's assets. I then told Wells Fargo that Smith would not sign the 120-page application and was there another way to add Smith only as an interested party. Wells Fargo then sent me a second set of documents.

16. "Exhibit 2 to the TRO is a true and correct copy of the documents Wells Fargo sent me next.

17. "I never executed the second set of documents allowing Smith to have any access to the Accounts. I informed Pauline Cowden in writing of this and the financial advisors who managed the Accounts verbally, specifically Sean Lewis and Joseph Rinaldi both registered investment advisors who handled my accounts.

18. "I later became aware that Smith unilaterally, and without authority or my permission, filed documents with the State of Florida indicating he was PAFS' agent and had the power to remove me as the manager. In addition to adding himself as agent for PAFS he

added a third-party non-US citizen to the State of Florida filings as the new manager.
This individual was part of Ping An's world-wide organization and was slated to be a
member of PAFS, but he had never paid his consideration for his membership. This
consideration was to be paid by Ping An. In short, this individual had never fulfilled his
obligation to submit consideration for his membership and is therefore is not legally a
member of PAFS, although I had listed him as a member in the organization documents
as requested by Ping An. I now know this is a tactic used by Ping An to illicitly take over
companies assets. Smith's fraudulent and illegal act of removing me from the records of
the Secretary of State of Florida has been reversed, and I am now once again listed as the
sole managing member.

19. "Exhibit 5 to the TRO is a true and correct file stamped copy of the current management
    of Ping An Financial Services Pte, LLC.

20. "Additionally, I discovered that unbeknownst to me or Sean Lewis, Smith had directly
    contacted Wells Fargo legal team, not the local branch office, and demanded that I be
    removed as the signatory on the account and that Smith replace me. He submitted to
    Wells Fargo's legal team the fraudulently obtained Sun Biz documents which reflected he
    was an agent for PAFS.

21. "Without any notice to me or Sean Lewis, Wells Fargo removed me as the signatory and
    placed Smith on the Accounts.

22. "Exhibit 3 to the TRO is a true and correct copy of the email from Pauline Cowden at
    Wells Fargo explaining that Wells Fargo had removed me from the Accounts.

23. "Wells Fargo then froze the Accounts.

Affidavit of Jayson Lopez
Page 6

24. "Myself, James France and counsel for the Fund then requested that Wells Fargo reverse its unilateral decision to remove me as signatory from the Accounts.

25. "Exhibit 4 to the TRO is a true and correct copy of the email from Sean Lewis wherein he indicates the Wells Fargo legal team demands a court order to reinstate me.

26. "Once the Accounts are unfrozen and I am reinstated, I am going to convey them to James France who I know as the duly elected general partner of the Ping An Fund I, L.P."

Further, Affiant sayth not.

Jayson Lopez

**STATE OF FLORIDA** §
§
**COUNTY OF** ORANGE §

Before me, the undersigned notary, on this day personally appeared JAYSON LOPEZ, the affiant, whose identity is known to me.

Sworn to and subscribed before me by Jayson Lopez on December 13, 2021.

BIBI A. SHARIFF
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG958973
Expires 2/19/2024

Notary Public in and for the
State of Florida

Affidavit of Jayson Lopez
Page 7

CAUSE NO. _____

| PING AN FUND I, L.P. | § | IN THE DISCTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | OF COLLIN COUNTY, TEXAS |
| | § | |
| WELLS FARGO CLEARING | § | |
| SERVICES, LLC A/K/A WELLS | § | |
| FARGO ADVISORS, FRANK SMITH, | § | |
| INDIVIDUALLY AND AS AGENT | § | |
| FOR PING AN FINANCIAL | § | |
| SERVICES, PTE, LLC AND PING AN | § | |
| FINANCIAL SERVICES PTE, LLC | § | |
| | § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

---

## AFFIDAVIT OF

1. "My name is James France, I am over the age of eighteen and am competent to make this affidavit. The facts set forth in this affidavit are within my personal knowledge and are true and correct.

2. "I have reviewed Plaintiff's Original Petition, Emergency Application for Temporary Restraining Order, Request for Temporary Injunction, Request for Permanent Injunction and Request for Disclosure and the facts and assertions contained therein are true and correct to the best of my knowledge and belief.

3. "Ping An Fund I, L.P. (the "Fund") is a limited partnership that was previously managed by its prior general partner, Exempt Asset Management, LLC ("Exempt"). A company I manage is a limited partner in the Fund.

4. "I am aware of the three accounts making up the Accounts referenced herein which are titled Ping An Financial Services Pte, LLC, Jayson Lopez, and their respective account numbers are: 8733-3247, 7955-1640, and 8376-7513

5. I am the new duly elected general partner of the Fund, elected by unanimous vote of all limited partners under the express terms of the Fund's operating agreement.

6. "I am in possession of and have extensively reviewed all books and records of the Fund and Ping An Financial Services Pte, LLC ("PAFS"). There is no investment in the Fund by Ping An, Frank Smith or PAFS.

7. "PAFS has tendered no consideration that is allowed under the Fund's limited partner subscription agreement to the Fund.

8. "I am responsible for defending the receivership request brought by Frank Smith as an "agent" of PAFS in Wyoming. The Fund has counter-claimed against Ping An, Frank Smith and PAFS for multiple causes of actions. The suit brought by PAFS is baseless and is a naked attempt to take control of the assets of the Fund without any legal basis.

9. "In that suit, PAFS has admitted it is not the general partner of the Fund but claims only to be a limited partner.

10. "The Funds position is that PAFS does not have standing to sue the Fund much less any reason to appoint a receiver.

11. "In order to properly operate the Fund, I need immediate access to the Accounts at Wells Fargo Clearing Services, LLC a/k/a Wells Fargo Advisors (collectively "Wells Fargo"). It is undisputed that the funds in the Accounts belong to investors in the Fund and I have verified this with Sean Lewis, Jayson Lopez, the investors and the corresponding subscription agreements executed by the limited partners. I

Affidavit of James France
Page 2

have also traced the funds from the Fund's attorney's IOLTA account from inception to the investments made by these Funds.

12. "I and counsel for the Fund at my instruction has requested Wells Fargo reinstate Jayson Lopez so the Fund can properly operate while the Accounts are retitled, and I replace Mr. Lopez as the sole signatory of all Accounts.

13. "Jayson Lopez has agreed to my requests and is assisting me in this transition.

14. "Wells Fargo has failed to reinstate Jayson Lopez and unfreeze the account.

15. . "If the unlawful and fraudulent removal of Jayson Lopez and improper freezing of the Accounts is not immediately corrected, the Fund will be in jeopardy of irreparable harm. As the general partner I am unable to properly pursue and complete legitimate investment opportunities that would financially benefit the limited partners of the Funds. One of these opportunities involves over $250 Million of commercial rated bonds.

16. "In addition to date, I have personally been providing the Fund with operating funds for ordinary business activities."

Further, Affiant sayth not.

James France

**STATE OF FLORIDA**

**COUNTY OF** Collier

§
§
§

Before me, the undersigned notary, on this day personally appeared JAMES FRANCE, the affiant, whose identity is known to me.

Sworn to and subscribed before me by James France on December 11, 2021.

ANALICIA MACIAS
Commission # GG 929585
Expires November 17, 2023
Bonded Thru Budget Notary Services

Analicia Macias

Notary Public in and for the State of Florida

Affidavit of James France
Page 3